B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | |

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Walter J. Knezevich Inc.,**<br>**an Idaho Corporation** | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) **26-0592230** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State)<br>**1240 E. Ontario Avenue**<br>**Suite 102-356**<br>**Corona, CA**                              ZIPCODE **92881** | Street Address of Joint Debtor (No. & Street, City, and State)<br><br><br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of Debtor (if different from street address)<br>**SAME**                              ZIPCODE | Mailing Address of Joint Debtor (if different from street address)<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) **SAME**                              ZIPCODE | |

| Type of Debtor (Form of organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br><br>*See Exhibit D on page 2 of this form.*<br><br>☒ Corporation (includes LLC and LLP)<br><br>☐ Partnership<br><br>☐ Other (if debtor is not one of the above<br>entities, check this box and state type of<br>entity below | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| | Nature of Debts (Check one box) |
|---|---|
| ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | ☐ Debts are primarily consumer debts, defined<br>in 11 U.S.C. § 101(8) as "incurred by an<br>individual primarily for a personal, family,<br>or household purpose"        ☒ Debts are primarily<br>business debts |

| Chapter 15 Debtors | Tax-Exempt Entity | Chapter 11 Debtors: |
|---|---|---|
| Country of debtor's center of main interests<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending | (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts<br>owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment<br>on 4/01/16 and every three years thereafter)*<br>- - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b) |

| Filing Fee (Check one box) |
|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration See Official Form 3B |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors | |

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (4/13)                                                                                              FORM B1, Page    2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>*Walter J. Knezevich Inc.,*<br>*an Idaho Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed.<br>*NONE* | Case Number | Date Filed |
| Location Where Filed | Case Number | Date Filed |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor<br>*NONE* | Case Number· | Date Filed· |
| District. | Relationship. | Judge. |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports<br>(e g., forms 10K and 10Q) with the Securities and Exchange<br>Commission pursuant to Section 13 or 15(d) of the Securities<br>Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I<br>have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12<br>or 13 of title 11, United States Code, and have explained the relief available under<br>each such chapter  I further certify that I have delivered to the debtor the notice<br>required by 11 U S C  §342(b)<br><br>**X**<br><br>*8/ 5/2014*<br>Signature of Attorney for Debtor(s)                        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D )

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes )

☐ Landlord has a judgment against the debtor for possession of debtor's residence  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U S C  § 362(l))

B1 (Official Form 1) (4/13)                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s). |
|---|---|
| *(This page must be completed and filed in every case)* | *Walter J. Knezevich Inc.,*<br>*an Idaho Corporation* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition

(Check only one box )

☐ I request relief in accordance with chapter 15 of title 11, United States Code  Certified copies of the documents required by 11 U S C  § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition  A certified copy of the order granting recognition of the foreign main proceeding is attached

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X *Todd Ringstad*
Signature of Attorney for Debtor(s)

*Todd C. Ringstad 97345*
Printed Name of Attorney for Debtor(s)

*Ringstad & Sanders LLP*
Firm Name

*2030 Main Street*
Address

*Suite 1600*

*Irvine, CA  92614*

*949 851-7450*
Telephone Number

*8/ 5/2014*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition

X *RISBY*
Signature of Authorized Individual

*Richard Kevin Shirk*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*8/ 5/2014*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C  §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C  § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section  Official Form 19 is attached

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer )
(Required by 11 U S C  § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Todd C. Ringstad, SBN 97345    Email: todd@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>2030 Main Street, Suite 1600<br>Irvine, CA 92614    Telephone: 949 851-6926<br>    Fax: 949 851-6926<br><br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: WALTER J. KNEZEVICH INC. | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒  Petition, statement of affairs, schedules or lists    Date Filed: _August 5, 2014_
☐  Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐  Other: _____    Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_/s/ Richard Kevin Shirk_
*Signature of Authorized Signatory of Filing Party*

Richard Kevin Shirk
*Printed Name of Authorized Signatory of Filing Party*

President
*Title of Authorized Signatory of Filing Party*

_August 5, 2014_
Date

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_/s/ Todd C. Ringstad_
*Signature of Attorney for Filing Party*

Todd C. Ringstad
*Printed Name of Attorney for Filing Party*

_August 5, 2014_
Date

*November 2006*    This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### Riverside Divisiion DIVISION

In re  *Walter J. Knezevich Inc.*
  *an Idaho Corporation*

Case No.

Chapter  *11*

_____
      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Board of Equalization*<br>*P.O. Box 942879*<br>*Sacramento CA 94279-8005* | Phone: *951 680-6701*<br>*Board of Equalization*<br>*Maria Jordan*<br>*P.O. Box 942879*<br>*Sacramento CA  94279-8005* | *Taxes* | | $ 281,437.94 |
| 2<br>*Knezevich, Patricia M.*<br><br>*3727 Caribeth Drive*<br>*Encino CA  91436* | Phone: *818 789-2183*<br>*Knezevich, Patricia M.*<br>*Teresa Silva Conservator*<br>*3727 Caribeth Drive*<br>*Encino CA  91436* | *Loan to Debtor* | | $ 160,366.27 |
| 3<br>*Mohammad Chaudhry*<br>*8236 Laurel Ridge Road*<br>*Riverside CA 92508* | Phone: *951 626-0311*<br>*Mohammad Chaudhry*<br>*8236 Laurel Ridge Road*<br>*Riverside CA 92508* | *Loan to Debtor* | | $ 100,000.00 |
| 4<br>*Joe Kriek*<br>*304 W. 7th Street*<br>*Claremont CA 91711* | Phone: *909 600-8250*<br>*Joe Kriek*<br>*304 W. 7th Street*<br>*Claremont CA 91711* | *Loan to Debtor* | | $ 80,000.00 |
| 5<br>*NCAC 4.5%*<br>*P.O. Box 642474*<br>*Pittsburgh PA 15264-2474* | Phone: *502 456-5120*<br>*NCAC 4.5%*<br>*Jeffrey Wessling*<br>*1941 Bishop Ln #1000*<br>*Louisville KY  40218-1925* | *Trade Debt* | | $ 47,623.90 |

Page 1

B4 (Official Form 4) (12/07)

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Southern California Edison<br>P.O. Box 300<br>Rosemead CA 91772-0001 | Phone: 626 302-1212<br>Southern California Edison<br>Ann Cohen, VP<br>2244 Walnut Grove<br>Rosemead CA 91772-0001 | Utilities | | $ 37,958.57 |
| 7<br>State Compensation<br>Insurance Fund<br>PO Box 7441<br>San Francisco CA 94120-7441 | Phone: 951 323-7819<br>State Comp Ins Fund<br>Attn: Sue Clark<br>P.O. Box 7441<br>San Francisco CA 94120-7441 | Insurance | | $ 29,889.58 |
| 8<br>KFCC Franch Fee (4%)<br>P.O. Box 203805<br>Dallas TX 75320-3805 | Phone: 502 874-8300<br>KFCC Franch Fee (4%)<br>Attn: Brian Cahoe<br>P.O. Box 203805<br>Dallas TX 75320-3805 | Franchise Agreement | | $ 27,518.27 |
| 9<br>RTI<br>12962 Collections Center Drive<br>Chicago IL 60693 | Phone: 888 813-0507<br>RTI<br>12962 Collections Center Drive<br>Attn: Amanda<br>Chicago IL 60693 | Trade Debt | | $ 22,982.64 |
| 10<br>Dream Team Property LLC<br>9028 Mustang Road<br>Rancho Cucamonga CA 91701 | Phone: 657 210-0338<br>Dream Team Property LLC<br>9028 Mustang Road<br>Attn: Iris Tonti<br>Rancho Cucamonga CA 91701 | Trade Debt | | $ 20,600.00 |
| 11<br>Roto-Rooter Service<br>2141 Industrial Court<br>Vista CA 92081 | Phone: 760 329-6875<br>Roto-Rooter Service<br>2141 Industrial Court<br>Marie - Accts Receivable<br>Vista CA 92081 | Trade Debt | | $ 17,886.41 |
| 12<br>Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles Ca 90054-0018 | Phone: 213 974-0160<br>Los Angeles County Tax Collector<br>225 N. Hill St #109<br>Los Angeles Ca 90012 | Taxes | | $ 17,491.84 |

B4 (Official Form 4) (12/07)

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>*Murry Darch (Garey Rent)*<br>*10259 Bunting*<br>*Fountain Valley CA 92708-6830* | Phone: 714 962-4565<br>*Murry Darch (Garey Rent)*<br>*10259 Bunting*<br>*Fountain Valley CA 92708-6830* | *Rent Arrearages* | | $ 17,454.40 |
| 14<br>*Gregory G. Schick (BB LL Rent)*<br>*40432 Big Bear Blvd*<br>*Big Bear Lake CA 92315* | Phone: 951 314-6435<br>*Gregory G. Schick (BB LL Rent)*<br>*40432 Big Bear Blvd*<br>*Big Bear Lake CA 92315* | *Rent Arrearages* | | $ 15,185.67 |
| 15<br>*Watson-Hall Investment (29P Rent)*<br>*24822 Solano Court*<br>*Laguna Hills CA 92653* | Phone: 949 831-1456<br>*Watson-Hall Investment*<br>*24822 Solano Court*<br>*Attn: Floyd*<br>*Laguna Hills CA 92653* | *Trade Debt* | | $ 14,776.00 |
| 16<br>*Local - (1% SoCal)*<br>*PO Box 51771*<br>*Los Angeles CA 90051-6071* | Phone: 626 403-8955<br>*So Cal KFC Ad. Assoc*<br>*Attn: Accts Receivable*<br>*PO Box 51771*<br>*Los Angeles CA 90051-6071* | *Trade Debt* | | $ 13,908.10 |
| 17<br>*Sunwest Bank. (Mission Loan)*<br>*PO Box 19521*<br>*Irvine CA 92614* | Phone: 714 730-4441<br>*Sunwest Bank (Mission Ln)*<br>*2050 Main St #300*<br>*Jason Raefski CFO*<br>*Irvine CA 92623-9521* | *Trade Debt* | | $ 9,777.64 |
| 18<br>*Independence Bank*<br><br>*PO Box 9589*<br>*Newport Beach CA 92660* | Phone: 949 266-6000<br>*Independence Bank*<br>*4525 MacArthur Blvd*<br>*Charles Thomas CEO*<br>*Newport Beach CA 92660* | *Trade Debt* | | $ 9,149.76 |
| 19<br>*EM Thomas Management*<br>*177 Business Center Drive*<br>*Corona CA 92880* | Phone: 951 817-2525<br>*EM Thomas Management*<br>*177 Business Center Drive*<br>*Attn: Ed Thomas*<br>*Corona CA 92880* | *Trade Debt* | | $ 7,909.42 |

B4 (Official Form 4) (12/07)

_____
Debtor(s)                                                        ,

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>Kevin's Plumbing & Drain Cleaning Svc<br>PO Box 692<br>Twentynine Palms CA 92277 | Phone: 661 281-0869<br>Kevin's Plumbing & Drain Cleaning Svc<br>PO Box 692<br>Twentynine Palms CA 92277 | Trade Debt | | $ 6,870.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Richard Kevin Shirk_____, _President_____ of the _Corporation_____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _8/5/2014_____          Signature   _Risél'l_____

Name:   _Richard Kevin Shirk_

Title:   _President_

Page 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISIION DIVISION

In re *Walter J. Knezevich Inc.*
*an Idaho Corporation*

Case No.

Chapter *11*

_____/ Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Richard Kevin Shirk is President of Walter J. Knezevich Inc., a Idado corporation.  On 08/05/2014 the following resolution was duly adopted by the Officers of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Richard Kevin Shirk, President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Richard Kevin Shirk, President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Richard Kevin Shirk, President of this corporation, be and hereby is, authorized and directed to employ Todd C. Ringstad, Attorney and the law firm of Ringstad & Sanders LLP, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Richard Kevin Shirk, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date   08/05/2014 _____

Signature _____

Richard Kevin Shirk
President

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Todd C. Ringstad<br><br>Ringstad & Sanders LLP<br><br>2030 Main Street        Suite 1600<br><br>Irvine , CA  92614<br><br>Phone: 949 851-7450<br><br>FAX:    949 851-6926<br><br>California State Bar Number: 97345<br><br><br>☑ *Attorney for:* Walter J. Knezevich Inc. | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - ___Riverside Divisiion___ DIVISION

| In re:<br><br>    Walter J. Knezevich Inc., an Idaho Corporation<br><br><br><br>                                    Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
|                                    Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
|                                    Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, (Printed name of attorney or declarant) ___Richard Kevin Shirk_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

      ☒ I am the president or other officer or an authorized agent of the Debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ☐ I am the attorney for the Debtor corporation

2.a.   ☐   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of
      any class of the corporation's(s') equity interests:

      [For additional names, attach an addendum to this form.]

b.   ☒   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity
      interest.

Date: August 5, 2014

By: _____
      Signature of Debtor, or attorney for Debtor

Name: Richard Kevin Shirk, President
       Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 2                                        **F 1007-4.CORP.OWNERSHIP.STMT**

Verification of Creditor Mailing List - (Rev. 10/05)    2003 USBC, Central District of California

# MASTER MAILING LIST
# Verification Pursuant to Local Rule 1007-2(d)

Name _Todd C. Ringstad_

Address _2030 Main Street Suite 1600 Irvine, CA 92614_

Telephone _949 851-7450_

[X]    Attorney for Debtor(s)
[ ]    Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years: <br> _In re   Walter J. Knezevich Inc._ | Case No. |
| | Chapter _11_ |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _13_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _8/ 5/2014_

Attorney: _Todd C. Ringstad_

Debtor: _Walter J. Knezevich Inc._

Joint Debtor:

Todd C  Ringstad
2030 Main Street
Suite 1600
Irvine  CA  92614


Walter J  Knezevich Inc
1240 E  Ontario Avenue
Suite 102-356
Corona  CA  92881

AT&T
PO Box 920041
Dallas TX 75392-0041

Barco Uniforms
350 W Rosecrans Avenue
Gardena CA 90248

Board of Equalization
Maria Jordan
P O Box 942879
Sacramento CA 94279-8005

Board of Equalization
P O Box 942879
Sacramento CA 94279-8005

Burrtec Waste
Payment Processing Center
PO Box 6520
Buena Park CA 90622-6520

Cal United Plumbing
13403 Ardis Avenue
Bellflower CA 90706

Cal-Care Industrial Medical
502 South Garey Avenue
Pomona CA 91766

Cintas Corp - Garey 150-10046
PO Box 29059
Phoenix AZ 85038-9059

Cintas Corp - Mission - 150-10047
PO Box 29059
Phoenix AZ 85038-9059

Cintas Corp - Riverside 150-09912
PO Box 29059
Phoenix AZ 85038-9059

City of Corona
City of Corona
400 S Vicentia Avenue
Corona CA 92882


City of Pomona- Gar
505 South Garey Ave
P O Box 660
Pomona CA 91769-0660


Commercial Resources Tax Group
3040 Saturn St
Suite 107
Brea Ca 92821


County of SB (prop tax BB)
172 W Third Street
First Floor
San Bernardino CA 92415-0360


CSA INC
36555 BILTMORE PLACE
WILLOUGHBY OH 44094


CTA
PO Box 16160
Wichita KS 67216


Dream Team Property LLC
9028 Mustang Road
Attn Iris Tonti
Rancho Cucamonga CA 91701


Dream Team Property LLC
9028 Mustang Road
Rancho Cucamonga CA 91701


Dykema Gossett
Attn Jeffrey Huron
333 S Grand Ave
Los Angeles CA 90071

Ecolab - Garey 3122-2
26252 Network Place
Chicago IL 60673-1262


Ecolab - Mission 3122-1
26252 Network Place
Chicago IL 60673-1262


Element (CoActiv) Loan for Headsets
PO Box 71425
Chicago IL 60694-1425


EM Thomas Management
177 Business Center Drive
Attn Ed Thomas
Corona CA 92880


EM Thomas Management
177 Business Center Drive
Corona CA 92880


Employment Development Department
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento CA 94280-0001


Extreme POS Solutions
1920 S Archibald Avenue
Ste #G
Ontario CA 91761


Flue Steam Inc
5734 Bankfield Ave
Culver City CA 90230-6302


Franchise Tax Board
Bankruptcy Section MS A-340
P O Box 2952
Sacramento CA 95812-2952

Gregory G  Schick (BB LL Rent)
40432 Big Bear Blvd
PO Box 2836
Big Bear Lake  CA  92315


Idaho Secretary of State
PO Box 83720
Boise  ID  83720-0080


Independence Bank
4525 MacArthur Blvd
PO Box 9589
Newport Beach  CA  92660


Independence Bank
4525 MacArthur Blvd
Charles Thomas CEO
Newport Beach  CA  92660


Independent Pumping Co
7056 Archibald Ave
Suite 102-277
Corona  CA  92880


Internal Revenue Service
P O  Box 7346
Philadelphia  PA  19101-7346


IPFS Corp / MOK-434103 (QUEST GL)
PO Box 100391
Pasadena  Ca  91189-0391


IPFS-CAL-198322 ** (WJK BOP)
PO Box 100391
Pasadena  Ca  91189-0391


IPFS-KSL-149534 **  (WJK GL)
24722 Network Place
Chicago  IL  60673-1247

J  Edwards Fire DBA Mister Fire
56185 29 Palms Hwy
Yucca Valley  CA  92284


Joe Kriek
304 W  7th Street
Claremont  CA  91711


Kevin's Plumbing & Drain Cleaning S
PO Box 692
Twentynine Palms  CA  92277


KFC
PO Box 102778
Atlanta  GA  30368-2778


KFC / YRSG
P  O  Box 203805
Dallas  TX  75320-3805


KFC Corporation
1441 Gardiner Lane
Louisville  KY  40213


KFC SAFETY ASSOCIATION
P  O  BOX 102778
ATLANTA  GA  30368-2778


KFCC Franch Fee (4%)
P O  Box 203805
Dallas  TX  75320-3805


KFCC Franch Fee (4%)
Attn  Brian Cahoe
P  O  Box 203805
Dallas  TX  75320-3805


Knezevich  Patricia M
Teresa Silva Conservator
3727 Caribeth Drive
Encino  CA  91436

Knezevich  Patricia M
c/o Teresa Silva  Conservator
3727 Caribeth Drive
Encino  CA  91436


Knight Plumbing Service
PO Box 3251
Big Bear City  CA  92314


LG Commercial Cleaning Service
14563 El Contento Ave
Fontana  CA  92337


LIG - Insurance
PO Box 80206
City of Industry  CA  91716-8206


Local - (1% SoCal)
 PO Box 51771
Los Angeles  CA  90051-6071


Los Angeles County Tax Collector
225 N  Hill St #109
PO Box 54018
Los Angeles  Ca  90012


Los Angeles County Tax Collector
PO Box 54018
Los Angeles  Ca  90054-0018


Ludecke's Electrical Service
PO Box 2920
Big Bear City  CA  92314


M&M Mechanical
PO Box 6333
Big Bear lake  CA  92315


McLane Food Services
2085 Midway Road
Carrollton  TX  75006-5063

Megapath
DEPT 0324
PO Box 12034
Dallas  TX  75312-0324


Michael F  Slocum
708 S  Eleanor Street
Pomona  CA  91766


Mohammad Chaudhry
8236 Laurel Ridge Road
Riverside  CA  92508


Murry Darch (Garey Rent)
10259 Bunting
Fountain Valley  CA  92708-6830


NCAC 4 5%
P O  Box 642474
Pittsburgh  PA  15264-2474


NCAC 4 5%
Jeffrey Wessling
1941 Bishop Ln #1000
Louisville  KY  40218-1925


NuCo2
P O  Box 9011
Stuart  FL  34995


Office of the US Trustee
3685 Main Street
Suite 300
Riverside  CA  92501


One System POP
PO Box 644361
Pittsburgh  PA  15264-4361

Par Tech  Inc
PO Box 301175
Dallas  TX  75303-1175


Parkview Outpatient Medical
9041 Magnolia Avenue
#107B
Riverside  CA  92503-3900


Pepsi-Cola
Lock Box #75948
Chicago  IL  60675-5948


Pop-A-Lock
231 E  Alessandro Blvd
S#A-482
Riverside  CA  92508


Pride Cleaning Co
1900 W  Burbank Blvd
Burbank  CA  91510


Restaurant Supply Chain (USPC)
P O  Box 32033
Louisville  KY  40213


Ries Refrigeration
1200 Price Street
Ste  C
Pomona  CA  91767


Riverside County Treasurer
PO Box 12005
Riverside  CA  92502-2205


Riverside Public Utilities **
3900 Main Street
Riverside  CA  92522-0144

Roto-Rooter Service
2141 Industrial Court
Marie - Accts Receivable
Vista  CA  92081


Roto-Rooter Service
2141 Industrial Court
Vista  CA  92081


RTI
12962 Collections Center Drive
Chicago  IL  60693


RTI
12962 Collections Center Drive
Attn  Amanda
Chicago  IL  60693


Schneiders & Assoc
300 E  Esplanade Dr
Suite 1980
Oxnard  CA  93036


Securities Exchange Commission
5670 Wilshire Boulevard
11th Floor
Los Angeles  CA  90036


Rod G  Shaddy
7426 Camarilla Avenue
Yucca Valley  CA  92284


Shirk  Kevin & Michelle
1240 E  Ontario Avenue
Corona  CA  92881


So Cal KFC Ad  Assoc
Attn  Accts Receivable
PO Box 51771
Los Angeles  CA  90051-6071

Southern California Edison
Ann Cohen  VP
2244 Walnut Grove
Rosemead  CA  91772-0001


Southern California Edison
P O  Box 300
Rosemead  CA  91772-0001


Southern California KFC Franchise A
PO Box 4518
Culver City  CA  90231


Stalcup Landscape Innovations  Inc
PO Box 888
Big Bear Lake  CA  92315


Staples Advantage
P O  Box 83689
Chicago  IL  60696-3689


State Comp Ins Fund
Attn  Sue Clark
P O  Box 7441
San Francisco  CA  94120-7441


State Compensation Insurance Fund
PO Box 7441
San Francisco  CA  94120-7441


Steritech
PO Box 472127
Charlotte  NC  28247-2127


Sunwest Bank(Mission Ln)
2050 Main St #300
Jason Raefski CFO
Irvine  CA  92623-9521

Sunwest Bank  (Mission Loan)
2050 Main St  #300
PO Box 19521
Irvine  CA  92614


The Gas Company
PO Box C
Monterey Park  CA  91756-5111


Twentynine Palms Water District **
72401 Hatch Road
Twentynine Palms  CA  92277


UFPC Smallware Connection
PO Box 73184
Cleveland  OH  44193


UMI Turn Key Marketing Service
1081 Ohio Drive
Suite 2
Plano  TX  75093


Verizon
PO Box 920041
Dallas  TX  75392-0041


Verizon Wireless - (Quest) - 8494
PO BOX 660108
Dallas  TX  75266-0108


Verizon Wireless (29 Palms) 0228
PO Box 920041
Dallas  TX  75392-0041


Vortex
1801 W  Olympic Blvd
File 1095
Pasadena  CA  91199-1095

Watson-Hall Investment (29P Rent)
24822 Solano Court
Laguna Hills  CA  92653


Watson-Hall Investment
24822 Solano Court
Attn  Floyd
Laguna Hills  CA  92653