1   Todd C. Ringstad (State Bar No. 97345)
    todd@ringstadlaw.com
2   Christopher A. Minier (State Bar No. 190705)
    cminier@ringstadlaw.com
3   Brian R.M. Nelson (State Bar No. 279620)
    brian@ringstadlaw.com
4   RINGSTAD & SANDERS LLP
    2030 Main Street, 16th Floor
5   Irvine, CA 92614
    Telephone: 949-851-7450
6   Facsimile: 949-851-6926

7   Proposed General Insolvency Counsel for
    Debtor and Debtor-in-Possession

8

9               **UNITED STATES BANKRUPTCY COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

11

12  In re                          Case No. 6:14-bk-19962-MJ

13  WALTER J. KNEZEVICH, INC., an   Chapter 11 Proceeding
    Idaho corporation,
14                                  **OMNIBUS DECLARATION OF RICHARD
15                                  K. SHIRK IN SUPPORT OF THE
                                    FOLLOWING FIRST DAY MOTIONS:**
16          Debtor and             **1.    CASH COLLATERAL;**
            Debtor-in-Possession.  **2.    PAYROLL;**
17                                  **3.    CASH MANAGEMENT;**
                                    **4.    UTILITY; AND**
18                                  **5.    LIMIT NOTICE**

19                                  Hearing:
20                                  Date:   [To be determined]
                                    Time:   [To be determined]
21                                  Place:  Courtroom 301
                                            3420 Twelfth Street
22                                          Riverside, California 92501-3819

23

24

25

26

27

28

Ringstad & Sanders
LLP
2030 Main Street, 16th Floor
Irvine, California 92614
(949) 851-7450

I, Richard K. Shirk, declare:

1.      The facts stated herein are within my personal knowledge, and if called upon to testify to such facts I could and would testify competently thereto. I am the President of Walter J. Knezevich, Inc., the debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"), and am responsible for overseeing the day-to-day financial operations and financial performance of the Debtor.   Consequently, I am involved in supervising all aspects of the Debtor's financial affairs.

## GENERAL BACKGROUND AND DESCRIPTION OF THE DEBTOR

2.      The Debtor owns and operates five Kentucky Fried Chicken ("KFC") franchise stores located in Los Angeles, Riverside, and San Bernardino counties.  The Debtor is owned by my wife, Michelle Shirk, and I.

3.      I worked in construction for most of my adult life.  I owned a construction company that specialized in, among other things, exterior and interior reimaging and remodeling. In or around 2007, I began doing KFC exterior and interior remodeling.  Eventually, I was remodeling KFCs as far north as Oregon and as far south as San Diego.  In 2008, I was asked by a gentleman named Michael Jones to bring two KFC restaurants into compliance with new KFC and state permitting requirements.  At the time, Mr. Jones was running the Debtor on behalf of then-owner Patricia Knezevich.  I worked on Mr. Jones' remodeling project from late 2008 through 2009.

4.      In early 2009, my wife and I were introduced to Ms. Knezevich.  In the years that followed, my wife and I became good friends with Ms. Knezevich.  In connection with a business transaction between Ms. Knezevich and me, I discovered a multitude of documents showing that Mr. Jones and accomplices were stealing from Ms. Knezevich.  At the request of Ms. Knezevich and her attorneys, I spent the next two years gathering and organizing the documentation needed to assist with litigation against Mr. Jones.

5.      Around September or October of 2010, Ms. Knezevich terminated Mr. Jones' employment.  Ms. Knezevich needed someone she trusted to become the control person for the Debtor's KFC franchises.  Because I was already involved with the Debtor's stores, Ms.

Knezevich asked me to become the Debtor's control person. For me to become the control person, I was required to meet KFC's franchisee requirement. This process required many hours of study and classes, as well as two years of training. I was in control of the day-to-day management of the Debtor's restaurants during this training.

6.     At some point in late 2011 or early 2012, Ms. Knezevich decided she no longer wanted the responsibilities and risks associated with owning certain assets and properties, which included the Debtor and its restaurants. Over the next six months, the terms of the purchase and sale of these assets were discussed at length between Ms. Knezevich, her attorneys, her advisors, my wife, and me. On or about June 1, 2012, Ms. Knezevich and my wife and I entered into a sale and purchase agreement, which provided for my purchase of, among other things, the Debtor. At the time, the Debtor owned two KFC franchises in Pomona, California. On or about January 1, 2013, the Debtor purchased the other three franchises from a gentleman named Mohammed Chaudry.

7.     Since becoming qualified as a KFC control person and franchisee, I have gained considerable experience in the operation and management of KFC restaurants. I went on to become a "growth qualified" franchisee, meaning I was qualified to buy multiple stores. Becoming "growth qualified" required me to have a proven track record of running highly successful restaurants that show continual growth and good financial health. Additionally, in May of 2012 I became a board member of the local Southern California KFC franchisee association, which oversees 247 KFC restaurants. My term on the board ends in May of 2015. I was elected the president of the association in June of this year. Unfortunately, as a result of the filing of this bankruptcy case and other time commitments, I have resigned from my post as president.

### EVENTS PRECIPITATING THE DEBTOR'S BANKRUPTCY FILING

8.     A number of factors have combined to create the financial difficulties that forced the Debtor to file this case. Due to the unavailability of workers' compensation insurance in 2013, the Debtor was required to hire Barrett Business Solutions, Inc. ("BBSI"), to oversee its payroll disbursements and to provide workers' compensation insurance. BBSI charges an

Ringstad & Sanders
LLP
2030 Main Street 16th Floor
Irvine, California 92614
949 851 7450

Ringstad & Sanders
LLP
2030 Main Street, 16th Floor
Irvine, California 92614
949 851 7450

1    exorbitant fee for these services. I believe that the Debtor will eventually be able to obtain

2    workers' compensation insurance at a much lower cost.

3         9.     When the Debtor purchased the three additional restaurants, two of the restaurants

4    required large infusions of cash for upgrades and remodeling. These two restaurants have not

5    generated enough profits to begin reimbursing for the cash infusions. For example, from August

6    1, 2013, to August 1, 2014, the Debtor's restaurant in Twentynine Palms, California, lost

7    approximately $120,000.

8         10.     One of the restaurants is located in Big Bear Lake, California. There are two busy

9    seasons, with the best season being the winter. The Debtor spent a large amount of money

10    preparing for last winter's busy season. However, the winter of 2013-2014 was historically poor

11    in terms of snowfall, which significantly impacted the restaurant's profits. Overall, it is estimated

12    that the Debtor lost approximately $270,000 from August 1, 2013, to August 1, 2014 at the Big

13    Bear restaurant as a result of the poor snowfall.

14         11.     Because of these and other financial difficulties, the Debtor filed a voluntary

15    petition for relief under Chapter 11 of Title 11 of the United States Code on August 5, 2014 (the

16    "Petition Date").

17         12.     In this chapter 11 reorganization case, the Debtor intends to reorganize and

18    restructure its financial affairs by restructuring its secured and unsecured debt, closing or selling

19    unprofitable locations, and increasing the profitability and efficiency of the profitable locations.

20    The Debtor presently plans to immediately undertake the closing of two unprofitable locations

21    unless a suitable purchaser can be found promptly.

22         **ANTICIPATED FINANCIAL PERFORMANCE OF THE DEBTOR**

23         13.     The Debtor prepared a cash flow forecast for the time period of August, 2014,

24    through June, 2015. The forecast shows that the Debtor will have a net positive cash flow during

25    that time period. The forecast also shows the Debtor's performance if the two unprofitable

26    locations are closed or sold promptly. With the two unprofitable stores removed from the

27    forecast, the Debtor will have a net positive cash flow in each month during that time period. A

28    true and correct copy of this forecast is attached hereto as Exhibit "1". Based upon the Debtor's

1    historical performance, I believe that the forecast is conservative and achievable.

2    ## MOTION TO USE CASH COLLATERAL

3    14.    Independence Bank (the "Bank") asserts a security interest in virtually all of the

4    assets of the Debtor, including goods (such as food) and accounts. The Debtor uses the Bank's

5    collateral in the regular, ongoing operations of its business.

6    15.    The Debtor proposes to use the Bank's cash collateral in the continued operation

7    of the Debtor's business. The Debtor proposes to provide the Bank with adequate protection in

8    the form of a replacement lien on property and the proceeds of property acquired or generated

9    postpetition, but limited to the amount of cash collateral used by Debtor postpetition. This

10    replacement lien will not attach to any additional value created through the use of the cash

11    collateral. For example, if the Debtor uses $100 of prepetition cash in its operations, the Bank

12    will be granted a lien of $100 in postpetition property and the proceeds of postpetition property,

13    even if the Debtor's use of that $100 generates $200 in postpetition assets.

14    16.    I believe there is very little risk for the Bank in this proposed arrangement. As

15    discussed above, the Debtor intends to promptly close or sell its two unprofitable locations. As

16    also discussed above, the Debtor's three-store cash flow forecast indicates that the Debtor's cash

17    flow will improve over the next 90 days. Moreover, the Debtor is only seeking to use a small

18    portion of the Bank's collateral because the Bank asserts a security interest in the Debtor's

19    equipment and other more permanent assets. The Debtor's business quickly turns over the cash

20    collateral the Debtor seeks to use, which is mostly inventory and the proceeds thereof. Similarly,

21    the Debtor's business is retail, so there are no accounts receivable. The inventory and proceeds

22    generated postpetition will therefore protect the Bank's interests.

23    17.    The Debtor brings its cash collateral motion on an emergency basis because the

24    continued use of cash collateral is essential to its ability to operate. Being unable to use cash

25    collateral will compromise the Debtor's ability to operate, which would seriously harm the

26    Debtor's ability to reorganize its business and provide a meaningful recovery for creditors.

27    ## MOTION TO PAY PREPETITION PAYROLL

28    18.    The Debtor seeks the authority of the Court, on an emergency basis, to pay certain

Ringstad & Sanders
L.L.P.
2030 Main Street, 16th Floor
Irvine, California 92614
949.851.7450

Ringstad & Sanders
LLP
2030 Main Street, 16th Floor
Irvine, California 92614
949 851 7450

1   prepetition wages, salaries, employee benefits, and other compensation consisting of unpaid

2   wages for the period of July 27, 2014, through August 5, 2014, in the estimated gross amount of

3   $37,160.97. This figure includes the estimated payroll taxes and other expenses that are paid in

4   connection with payroll. The estimated wages are for non-insider employees only. A chart that

5   itemizes the estimated prepetition payroll obligations to be paid by the Debtor for the prepetition

6   period from July 27, 2014, through August 5, 2014, for its approximately 90 employees is

7   attached hereto as Exhibit "2". In no instance do any of the payroll checks paid pursuant to the

8   payroll motion exceed, or even approach, the $12,475 wage priority limit provided for in 11

9   U.S.C. § 507. The per employee average gross wage amount sought herein is approximately

10   $412.90.

11         19.     The continued services of its employees are critical to the ongoing operation of the

12   Debtor's business. The Debtor's business is dependent upon its labor. The Debtor believes that

13   if it does not promptly pay its employees the prepetition wages, benefits, and expense

14   reimbursements currently outstanding, the employees will either quit or stop showing up for

15   work, which would have severe ramifications for the Debtor and its ability to continue business

16   operations. Any such disruption would have a devastating impact on the Debtor's business and

17   consequential value to the creditors. In contrast, if the Debtor obtains the relief sought herein, its

18   business operation will continue in the ordinary course, customer needs will be met, and the

19   overall value of the Debtor's business enterprise will be preserved for creditors. Similarly, the

20   Debtor is requesting that it be allowed to pay and honor its employee benefit programs, which is

21   also necessary to preserve its valuable workforce. If these employees are not paid, they will

22   cease working and seek employment elsewhere.

23   **MOTION TO CONTINUE USE OF DEBTOR'S CASH MANAGEMENT SYSTEM**

24         20.     Under the Debtor's existing cash management system, the Debtor maintains three

25   accounts for deposits from individual restaurants, one at each of Bank of America, U.S. Bank,

26   and Citibank (the "Accounts"). Cash from sales at its restaurants are deposited into the Accounts

27   daily. Credit and debit card transactions at its restaurants are processed directly into one of the

28   Accounts. The Debtor pays all expenses of the business out of the Accounts.

21.     The Debtor is requesting authorization to maintain the Accounts for a period of approximately 60 days.  During that time, the Debtor will continue using the Accounts as it has prepetition.  Concurrently, the Debtor will open replacement debtor-in-possession accounts and obtain new merchant accounts for the processing of credit card and electronic funds transactions.  Allowing the Debtor to maintain the Accounts for a period of approximately 60 days will allow the Debtor to continue operating its business while the Debtor sets up replacement debtor-in-possession accounts and obtains new merchant accounts.  Allowing the Accounts to remain open will not create a risk of honoring unauthorized prepetition payments because the Debtor will immediately cancel all ACH and other automatic payments set up to be drawn from the Accounts, except for payroll.

22.     The continued use of its Accounts is essential to its ability to operate.  Closing the Accounts before replacement debtor-in-possession accounts are open and before new merchant accounts are obtained would compromise the Debtor's ability to operate, which would seriously harm the Debtor's ability to reorganize its business and provide a meaningful recovery for creditors.

## UTILITIES MOTION

23.     In the ordinary course of business, the Debtor uses gas, water, electric, telecommunications, and other services provided by various utility companies (collectively the "Utility Providers").  The continued and uninterrupted utility service is essential to the Debtor's ability to sustain its operations during its Chapter 11 case.  Any interruption of utility service would severely disrupt the Debtor's business operations and would likely preclude the Debtor from continuing to operate its restaurant locations.  Prior filing its bankruptcy petition, the Debtor generally paid the Utility Providers' bills consistently and on a regular basis.  A non-exhaustive list of the Utility Providers that provide utility services to the Debtor as of the Petition Date is attached hereto as Exhibit "3".[1]  Based on its prior payment history, the Debtor estimates that its

---

[1] Neither the omission from nor inclusion in Exhibit "3" is dispositive as to whether a particular party is or is not a utility provider, but simply represents the Debtor's attempt to be conservative and inclusive as to the status of such parties.  The Debtor reserves all rights to further address the characterization of any particular entities listed on Exhibit "3" as a utility company within the meaning of 11 U.S.C. § 366(a).  The relief requested in the utilities motion is with respect to all Utility Providers and is not limited to only those identified in Exhibit "3".

Ringstad & Sanders
LLP
2030 Main Street, 16th Floor
Irvine, California 92614
949 851 7450

average monthly payment to all of its Utility Providers totals approximately $40,000.00.

24.     The Debtor is seeking entry of an emergency order by this Court: (1) prohibiting the Utility Providers from altering, refusing, or discontinuing service; (2) deeming the Utility Providers adequately assured of future performance; and (3) establishing procedures for determining adequate assurance of future payment.

25.     To provide adequate assurance of payment for future services to its Utility Providers, the Debtor proposes to establish reasonable procedures (the "Procedures") by which Utility Providers may request adequate assurance of future payment. Such Procedures would provide that:

•     Absent further order of this Court and except as otherwise provided in the utilities motion, the Utility Providers may not alter, refuse, or discontinue service to, or discriminate against, the Debtor on account of the commencement of this Chapter 11 case or any unpaid prepetition charges, or request payment of a deposit or receipt of other security in connection with any unpaid prepetition charges;

•     The Debtor will serve the Motion and an order granting the Motion on an interim basis, if granted by the Court, via first-class mail, within three (3) business days after the date that the Order is entered by the Court, on all Utility Providers identified in Exhibit "3"; provided that for any Utility Provider that may have been omitted from Exhibit "3", the Debtor shall have the right to supplement such list of Utility Providers and shall promptly provide notice of the Order upon learning of such Utility Provider;

•     A Utility Provider may request assurance of payment within thirty (30) days after the Petition Date (an "Assurance Request") by submitting an Assurance Request to Ringstad & Sanders, LLP, 2030 Main Street, Suite 1600, Irvine, CA 92614, Attn: Todd C. Ringstad, Esq.;

•     Any Assurance Request must (1) be made in writing; (2) include a statement of any deposits held by the Utility Provider on the account(s) with the Debtor; and (3) include a summary of the Debtor's payment history relevant to the affected account(s);

Ringstad & Sanders
LLP
2030 Main Street, 16th Floor
Irvine, California  92614
949 851 7450

1    • If a Utility Provider makes a timely Assurance Request that the Debtor

2    believes is reasonable, then the Debtor shall be authorized in its sole discretion to comply

3    with such request without further Order of the Court;

4    • If the Debtor believes the Assurance Request is unreasonable, the Debtor

5    will schedule a hearing to determine what assurance to such Utility Provider is necessary

6    pursuant to 11 U.S.C. § 366(b) (the "Determination Hearing");

7    • Pending resolution of that issue at any such Determination Hearing, any

8    Utility Provider making an Assurance Request shall be prohibited from altering, refusing,

9    or discontinuing service to the Debtor; and

10   • A Utility Provider shall be deemed to have adequate assurance of payment

11   unless and until a future order of this Court is entered requiring further adequate assurance

12   of payment.

13   26.    Although the Debtor believes that the list of Utility Providers attached as Exhibit

14   "3" is a complete list, the Debtor reserves the right, without further order of the Court, to

15   supplement the list if any Utility Provider has been inadvertently omitted. If the Debtor

16   supplements the list subsequent to the filing of the utilities motion, the Debtor will promptly serve

17   a copy of such motion, and the signed Order, on any Utility Provider that is added to the list by

18   such a supplement. Concurrently with such service, the Debtor will file with the Court a

19   supplement to Exhibit "3" adding the name of the Utility Provider so served. Such an added

20   Utility Provider shall have thirty (30) days from the date of service of this Motion and the Order

21   to make an Assurance Request. If such an Assurance Request is made, the Debtor shall abide by

22   the procedures set forth above, as applicable. Pending resolution of any Determination Hearing

23   related to an Assurance Request, the Debtor may seek an order prohibiting any such Utility

24   Provider from altering, refusing, or discontinuing utility services to the Debtor.

25   27.    The Debtor brings the utilities motion on an emergency basis because the Debtor

26   must ensure that there is no interruption of utility services to continue day-to-day operations in

27   the most cost-effective manner. Since the Debtor cannot continue its business operations without

28   utility services, it is critical that the Debtor obtain emergency authorization for the relief

Ringstad & Sanders
LLP
2010 Main Street, 16th Floor
Irvine, California 92614
949.851.7450

1    requested in the utilities motion and further relief as is just and appropriate under the

2    circumstances in this case.

3                        **MOTION TO LIMIT NOTICE**

4        28.    The Debtor seeks the authority of the Court to serve notices only upon the

5    following entities:

6            a.    The Office of the United States Trustee;

7            b.    The unsecured creditors holding the 20 largest claims, or, if a committee of

8        unsecured creditors is formed, to the committee or to any counsel employed by the

9        committee;

10           c.    Institutional secured creditors or their counsel; and

11           d.    All parties who file and serve requests for special notice.

12   Notwithstanding the foregoing, the Debtor proposes to serve notice of certain proceedings on all

13   creditors when such proceedings affect the interests of all creditors and equity holders.

14       29.    The Debtor is bringing the limit notice motion on an emergency basis because

15   there are in excess of 100 creditors in this case. Requiring the Debtor to serve all the creditors

16   with notice of all proceedings in this case would be administratively burdensome and unduly

17   expensive.

18       I declare under penalty of perjury under the laws of the United States of America that the

19   foregoing is true and correct to the best of my knowledge. Executed this 7th day of August, 2014,

20   at Corona, California.

21

22

23                        Richard K. Shirk

24

25

26

27

28

- 10 -

WJK 5 store cas summary

Walter J Knezevich Inc
Cash Collateral Forecast

| Month | August | September | October | November | December | January | February | March | April | May | June | Total | % Receipts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Deposits | 430690 | 417190 | 409090 | 424250 | 442590 | 436670 | 415530 | 407465 | 403685 | 442240 | 433380 | 4662780 | 99.14% |
| Food/ Beverage Rebates | | | | | | 18300 | | 22350 | | | | 40650 | 0.86% |
| Total Receipts | 430690 | 417190 | 409090 | 424250 | 442590 | 454970 | 415530 | 429815 | 403685 | 442240 | 433380 | 4703430 | 100.00% |
| | | | | | | | | | | | | | |
| Food & Beverage | 121482 | 127660 | 125182 | 129821 | 135433 | 139221 | 127152 | 131523 | 123528 | 135325 | 132614 | 1428940 | 30.38% |
| Payroll | 104190 | 100815 | 98790 | 102570 | 107160 | 105675 | 100410 | 98385 | 97040 | 107025 | 104865 | 1126925 | 23.96% |
| Payroll Liab & Fees | 20763 | 20109 | 19717 | 20449 | 21338 | 21051 | 20031 | 19639 | 19456 | 21312 | 20894 | 224759 | 4.78% |
| Insider Compensation | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 251482 | 5.35% |
| Local Advertising | 3970 | 3845 | 3770 | 3910 | 4080 | 4025 | 3830 | 3755 | 3720 | 4075 | 3995 | 42975 | 0.91% |
| NCAC Dues | 17865 | 17303 | 16965 | 17595 | 18360 | 18113 | 17235 | 16898 | 16740 | 18338 | 17978 | 193388 | 4.11% |
| KFCC Royalties | 15880 | 15380 | 15080 | 15640 | 16320 | 16100 | 15320 | 15020 | 14880 | 16300 | 15980 | 171900 | 3.65% |
| Sales Tax | 33690 | 32690 | 32090 | 33250 | 34590 | 34170 | 32530 | 31965 | 31685 | 34740 | 33880 | 365280 | 7.77% |
| Utilities | 29500 | 27585 | 27895 | 28425 | 27526 | 27526 | 25526 | 24525 | 24500 | 25000 | 26500 | 294508 | 6.26% |
| Accounting | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 22000 | 0.47% |
| Auto and Travel | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 11000 | 0.23% |
| Dues and Subscriptions | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 16841 | 0.36% |
| Office | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 2640 | 0.06% |
| Repairs and Maintenance | 3750 | 4800 | 3750 | 3500 | 4200 | 3500 | 4800 | 3500 | 3500 | 3500 | 3500 | 42300 | 0.90% |
| Rent | 33200 | 33200 | 33200 | 33200 | 33200 | 33200 | 33300 | 33300 | 33200 | 33200 | 33200 | 365200 | 7.76% |
| Supplies | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 4950 | 0.11% |
| Prop Taxes | 8500 | | | | 12500 | | | 12500 | | | | 33500 | 0.71% |
| Equipment Lease | 611 | 611 | 611 | 611 | 611 | 611 | 611 | 611 | 611 | 611 | 611 | 6721 | 0.14% |
| Bank fees | 3334.8 | 3229.8 | 3166.8 | 3284.4 | 3477.2 | 3381 | 3217.2 | 3154.2 | 3124.8 | 3423 | 3355.8 | 36099 | 0.77% |
| Taxes & Licenses | | | | | | | 2412 | | | | 1555 | 3967 | 0.08% |
| Insurance | 3230 | 3230 | 3230 | 3230 | 3230 | 3230 | 3230 | 3230 | 3230 | 3230 | 3230 | 35530 | 0.76% |
| Total Operating Expenses | 428049 | 418541 | 411529 | 423568 | 450058 | 437885 | 417587 | 425988 | 403297 | 434162 | 430240 | 4680905 | 99.52% |
| | | | | | | | | | | | | | |
| Net Cash | 2641 | -1351 | -2439 | 682 | -7468 | 17085 | -2057 | 3827 | 388 | 8078 | 3140 | 22525 | 0.48% |
| | | | | | | | | | | | | | |
| Attorneys | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 0 | 0 | 0 | 0 | 0 | 60000 | |
| US Trustee | | 7500 | | | | | | | | | | 7500 | |
| | | | | | | | | | | | | | |
| Cash on Hand | 54000 | 55000 | 45000 | 51500 | 65000 | 80000 | 88000 | 119000 | 121500 | 140000 | 165000 | 984000 | |
| Inventory | 105000 | 115000 | 105000 | 102500 | 102500 | 115000 | 105000 | 102500 | 115000 | 115000 | 105000 | 1187500 | |
| Total Cash & Inventory | 159000 | 170000 | 150000 | 154000 | 167500 | 195000 | 193000 | 221500 | 236500 | 255000 | 270000 | 2171500 | |

WJK 3 Store Cash Summary

Walter J Knezevich Inc
Cash Collateral Forecast

| Month | August | September | October | November | December | January | February | March | April | May | June | Total | % Receipts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Deposits | 327690 | 329190 | 327590 | 333750 | 332590 | 334670 | 322530 | 326965 | 326685 | 352240 | 328380 | 3642280 | 99.27% |
| Food/ Beverage Rebates | | | | | | 11350 | | 15500 | | | | 26850 | 0.73% |
| Total Receipts | 327690 | 329190 | 327590 | 333750 | 332590 | 346020 | 322530 | 342465 | 326685 | 352240 | 328380 | 3669130 | 100.00% |
| | | | | | | | | | | | | | |
| Food & Beverage | 89964 | 90729 | 90423 | 91953 | 91188 | 91953 | 88740 | 90270 | 90270 | 97155 | 90117 | 1002762 | 27.33% |
| Payroll | 58740 | 59265 | 59055 | 60015 | 59580 | 60105 | 57900 | 58950 | 58950 | 63675 | 58845 | 655080 | 17.85% |
| Payroll Lab & Fees | 20763 | 20109 | 19717 | 20449 | 21338 | 21051 | 20031 | 19639 | 19456 | 21312 | 20894 | 224759 | 6.13% |
| Insider Compensation | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 22862 | 251482 | 6.85% |
| Local Advertising | 2940 | 2965 | 2955 | 3005 | 2980 | 3005 | 2900 | 2950 | 2950 | 3175 | 2945 | 32770 | 0.89% |
| NCAC Dues | 13230 | 13343 | 13298 | 13523 | 13410 | 13523 | 13050 | 13275 | 13275 | 14288 | 13253 | 147465 | 4.02% |
| KFCC Royalties | 11760 | 11860 | 11820 | 12020 | 11920 | 12020 | 11600 | 11800 | 11800 | 12700 | 11780 | 130080 | 3.57% |
| Sales Tax | 25450 | 25650 | 25570 | 26010 | 25790 | 26010 | 25090 | 25525 | 25525 | 27540 | 25480 | 283640 | 7.73% |
| Utilties | 17650 | 17750 | 13500 | 16500 | 14500 | 14500 | 14500 | 13250 | 13250 | 14000 | 14250 | 163650 | 4.46% |
| Accounting | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 16500 | 0.45% |
| Auto and Travel | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 11000 | 0.30% |
| Dues and Subscriptons | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 1531 | 16841 | 0.46% |
| Office | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 2640 | 0.07% |
| Repairs and Maintenance | 900 | 1800 | 1000 | 900 | 900 | 1200 | 1200 | 1000 | 1000 | 1200 | 1200 | 12300 | 0.34% |
| Rent | 22729 | 22729 | 22729 | 22729 | 22729 | 22729 | 22729 | 22729 | 22729 | 22729 | 22729 | 250023 | 6.81% |
| Supplies | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2750 | 0.07% |
| Prop taxes | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 18700 | 0.51% |
| Equipment Lease | 611 | 611 | 611 | 611 | 611 | 611 | 611 | 611 | 611 | 611 | 611 | 6721 | 0.18% |
| Bank fees | 2469 6 | 2490 6 | 2482 2 | 2524 2 | 2503 2 | 2524 2 | 2436 | 2478 | 2478 | 2667 | 2473 8 | 27527 | 0.75% |
| Taxes & Licenses | | | | | | | 2412 | | | | 1555 | 3967 | 0.11% |
| Insurances | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 26400 | 0.72% |
| | | | | | | | | | | | | | |
| Total Operating Expenses | 298690 | 300785 | 294643 | 301722 | 298933 | 300714 | 294682 | 293960 | 293777 | 312535 | 297616 | 3288057 | 89.61% |
| | | | | | | | | | | | | | |
| Net Cash | 29000 | 28405 | 32947 | 32028 | 33657 | 45306 | 27848 | 48505 | 32908 | 39705 | 30764 | 381073 | 10.39% |
| | | | | | | | | | | | | | |
| Attorneys | 10000 | 10000 | 10000 | 10000 | 10000 | 10000 | 0 | 0 | 0 | 0 | 0 | 60000 | |
| US Trustee | | 7500 | | | | | | | | | | 7500 | |
| | | | | | | | | | | | | | |
| Cash on Hand | 43000 | 44500 | 42500 | 48500 | 51000 | 56000 | 76000 | 87000 | 98500 | 115000 | 125000 | 787000 | |
| Inventory | 78000 | 80000 | 77500 | 78500 | 77500 | 90000 | 80000 | 77500 | 80000 | 90000 | 77500 | 886500 | |
| Total Cash & Inventory | 121000 | 124500 | 120000 | 127000 | 128500 | 146000 | 156000 | 164500 | 178500 | 205000 | 202500 | 1673500 | |

Estimated Employee earnings by name for 07/27/2014 thru 08/05/2014

| Row | Employee Name | Combo Descriptions | Combo Amounts | Earning Amounts | Earning Descriptions |
|---|---|---|---|---|---|
| 1 | ACUNA BURGARA, JESUS | FEDERAL TAX | 0 | 48.24 | REGULAR PAY |
| 1 | ACUNA BURGARA, JESUS | MEDICARE | 0.99 | | |
| 1 | ACUNA BURGARA, JESUS | SOC SECURITY | 4.21 | | |
| 1 | ACUNA BURGARA, JESUS | CA INCOME TAX | 0 | | |
| 1 | ACUNA BURGARA, JESUS | CA DISABILITY | 0.68 | | |
| 2 | AKINS, JACKIE | FEDERAL TAX | 33.62 | 574.65 | REGULAR PAY |
| 2 | AKINS, JACKIE | MEDICARE | 8.33 | | |
| 2 | AKINS, JACKIE | SOC SECURITY | 35.63 | | |
| 2 | AKINS, JACKIE | CA INCOME TAX | 1.64 | | |
| 2 | AKINS, JACKIE | CA DISABILITY | 5.75 | | |
| 3 | ALDRETE, ROBERTO | FEDERAL TAX | 9.26 | 331.02 | REGULAR PAY |
| 3 | ALDRETE, ROBERTO | MEDICARE | 4.8 | | |
| 3 | ALDRETE, ROBERTO | SOC SECURITY | 20.52 | | |
| 3 | ALDRETE, ROBERTO | CA INCOME TAX | 0 | | |
| 3 | ALDRETE, ROBERTO | CA DISABILITY | 3.31 | | |
| 4 | ANDERSON, HAYLEY K | FEDERAL TAX | 29.08 | 529.29 | REGULAR PAY |
| 4 | ANDERSON, HAYLEY K | MEDICARE | 7.67 | | |
| 4 | ANDERSON, HAYLEY K | SOC SECURITY | 32.82 | | |
| 4 | ANDERSON, HAYLEY K | CA INCOME TAX | 0.65 | | |
| 4 | ANDERSON, HAYLEY K | CA DISABILITY | 5.29 | | |
| 5 | ANDRADE, PABLO ANTONIO | FEDERAL TAX | 12.97 | 368 19 | REGULAR PAY |
| 5 | ANDRADE, PABLO ANTONIO | MEDICARE | 5.34 | | |
| 5 | ANDRADE, PABLO ANTONIO | SOC SECURITY | 22.83 | | |
| 5 | ANDRADE, PABLO ANTONIO | CA INCOME TAX | 0 | | |
| 5 | ANDRADE, PABLO ANTONIO | CA DISABILITY | 3.68 | | |
| 6 | AYALA, LUIS ENRIQUE | FEDERAL TAX | 32.04 | 406 89 | REGULAR PAY |
| 6 | AYALA, LUIS ENRIQUE | MEDICARE | 5 9 | | |
| 6 | AYALA, LUIS ENRIQUE | SOC SECURITY | 25.23 | | |
| 6 | AYALA, LUIS ENRIQUE | CA INCOME TAX | 0 | | |
| 6 | AYALA, LUIS ENRIQUE | CA DISABILITY | 4.07 | | |
| 7 | BARNETT, SHANDAL T | FEDERAL TAX | 57.2 | 1040 | SALARY |
| 7 | BARNETT, SHANDAL T | MEDICARE | 15.08 | | |
| 7 | BARNETT, SHANDAL T | SOC SECURITY | 64.48 | | |
| 7 | BARNETT, SHANDAL T | CA INCOME TAX | 7.28 | | |
| 7 | BARNETT, SHANDAL T | CA DISABILITY | 10.4 | | |
| 8 | BERRY, LOUIE DONALD | FEDERAL TAX | 0 | 142 02 | REGULAR PAY |
| 8 | BERRY, LOUIE DONALD | MEDICARE | 2 06 | | |
| 8 | BERRY, LOUIE DONALD | SOC SECURITY | 8.81 | | |
| 8 | BERRY, LOUIE DONALD | CA INCOME TAX | 0 | | |
| 8 | BERRY, LOUIE DONALD | CA DISABILITY | 1.42 | | |
| 9 | BODNEY, DEVIN SCOTT | FEDERAL TAX | 52.17 | 550 71 | REGULAR PAY |
| 9 | BODNEY, DEVIN SCOTT | MEDICARE | 7.98 | | |
| 9 | BODNEY, DEVIN SCOTT | SOC SECURITY | 34.15 | | |
| 9 | BODNEY, DEVIN SCOTT | CA INCOME TAX | 5.6 | | |
| 9 | BODNEY, DEVIN SCOTT | CA DISABILITY | 5 51 | | |
| 10 | BURGARA, LOURDES M | FEDERAL TAX | 0 | 606 24 | REGULAR PAY |
| 10 | BURGARA, LOURDES M | MEDICARE | 8.79 | | |
| 10 | BURGARA, LOURDES M | SOC SECURITY | 37.59 | | |
| 10 | BURGARA, LOURDES M | CA INCOME TAX | 0 | | |
| 10 | BURGARA, LOURDES M | CA DISABILITY | 6.06 | | |
| 11 | CANO, ELIZABETH | FEDERAL TAX | 32.5 | 411.57 | REGULAR PAY |
| 11 | CANO, ELIZABETH | MEDICARE | 5.97 | | |
| 11 | CANO, ELIZABETH | SOC SECURITY | 25.52 | | |
| 11 | CANO, ELIZABETH | CA INCOME TAX | 0 | | |
| 11 | CANO, ELIZABETH | CA DISABILITY | 4.12 | | |
| 12 | CARLIN, MAYRA | FEDERAL TAX | 26.06 | 347 13 | REGULAR PAY |
| 12 | CARLIN, MAYRA | MEDICARE | 5.03 | | |
| 12 | CARLIN, MAYRA | SOC SECURITY | 21.52 | | |
| 12 | CARLIN, MAYRA | CA INCOME TAX | 0 | | |
| 12 | CARLIN, MAYRA | CA DISABILITY | 3.47 | | |
| 13 | CEJA, SONIA | FEDERAL TAX | 84.55 | 711 9 | REGULAR PAY |
| 13 | CEJA, SONIA | MEDICARE | 11.12 | 54.68 | OVERTIME |

2
13

| Row | Employee Name | Combo Descriptions | Combo Amounts | Earning Amounts | Earning Descriptions |
|---|---|---|---|---|---|
| 13 | CEJA, SONIA | SOC SECURITY | 47.52 | | |
| 13 | CEJA, SONIA | CA INCOME TAX | 10 35 | | |
| 13 | CEJA, SONIA | CA DISABILITY | 7 67 | | |
| 14 | CELIS, OLIVIA M | FEDERAL TAX | 0 | | 661 05 REGULAR PAY |
| 14 | CELIS, OLIVIA M | MEDICARE | 9 59 | | |
| 14 | CELIS, OLIVIA M | SOC SECURITY | 40 98 | | |
| 14 | CELIS, OLIVIA M | CA INCOME TAX | 0 | | |
| 14 | CELIS, OLIVIA M | CA DISABILITY | 6.61 | | |
| 15 | CHAVEZ, TAMMY LYNN | FEDERAL TAX | 0 | | 370.17 REGULAR PAY |
| 15 | CHAVEZ, TAMMY LYNN | MEDICARE | 5.37 | | |
| 15 | CHAVEZ, TAMMY LYNN | SOC SECURITY | 22 95 | | |
| 15 | CHAVEZ, TAMMY LYNN | CA INCOME TAX | 0 | | |
| 15 | CHAVEZ, TAMMY LYNN | CA DISABILITY | 3.7 | | |
| 16 | COATS, TINA MARIE | FEDERAL TAX | 0 | | 1280 REGULAR PAY |
| 16 | COATS, TINA MARIE | MEDICARE | 18.56 | | |
| 16 | COATS, TINA MARIE | SOC SECURITY | 79.36 | | |
| 16 | COATS, TINA MARIE | CA INCOME TAX | 0 | | |
| 16 | COATS, TINA MARIE | CA DISABILITY | 12.8 | | |
| 17 | CORNEJO, CUSTODIA | FEDERAL TAX | 32 31 | | 713.52 REGULAR PAY |
| 17 | CORNEJO, CUSTODIA | MEDICARE | 10.35 | | |
| 17 | CORNEJO, CUSTODIA | SOC SECURITY | 44 24 | | |
| 17 | CORNEJO, CUSTODIA | CA INCOME TAX | 0 22 | | |
| 17 | CORNEJO, CUSTODIA | CA DISABILITY | 7 14 | | |
| 18 | CORTES, ELEUTERIO | FEDERAL TAX | 0 | | 710.41 REGULAR PAY |
| 18 | CORTES, ELEUTERIO | MEDICARE | 10 52 | | OVERTIME |
| 18 | CORTES, ELEUTERIO | SOC SECURITY | 45 | | |
| 18 | CORTES, ELEUTERIO | CA INCOME TAX | 0 | | |
| 18 | CORTES, ELEUTERIO | CA DISABILITY | 7 26 | | |
| 19 | DEMENT, KYLE | FEDERAL TAX | 125.57 | | 1040 SALARY |
| 19 | DEMENT, KYLE | MEDICARE | 15.08 | | |
| 19 | DEMENT, KYLE | SOC SECURITY | 64 48 | | |
| 19 | DEMENT, KYLE | CA INCOME TAX | 20.73 | | |
| 19 | DEMENT, KYLE | CA DISABILITY | 10 4 | | |
| 20 | ELLIOT, DEVIN J | FEDERAL TAX | 0 | | 549.18 REGULAR PAY |
| 20 | ELLIOT, DEVIN J | MEDICARE | 7.96 | | |
| 20 | ELLIOT, DEVIN J | SOC SECURITY | 34.05 | | |
| 20 | ELLIOT, DEVIN J | CA INCOME TAX | 0 | | |
| 20 | ELLIOT, DEVIN J | CA DISABILITY | 5.49 | | |
| 21 | ESPITIARODRIGUEZ, JOSE | FEDERAL TAX | 46.36 | | 511.92 REGULAR PAY |
| 21 | ESPITIARODRIGUEZ, JOSE | MEDICARE | 7.42 | | |
| 21 | ESPITIARODRIGUEZ, JOSE | SOC SECURITY | 31 74 | | |
| 21 | ESPITIARODRIGUEZ, JOSE | CA INCOME TAX | 4.75 | | |
| 21 | ESPITIARODRIGUEZ, JOSE | CA DISABILITY | 5.12 | | |
| 22 | FAITH, COURTNEY VERA | FEDERAL TAX | 243.99 | | 1600 SALARY |
| 22 | FAITH, COURTNEY VERA | MEDICARE | 23.2 | | |
| 22 | FAITH, COURTNEY VERA | SOC SECURITY | 99.2 | | |
| 22 | FAITH, COURTNEY VERA | CA INCOME TAX | 53.26 | | |
| 22 | FAITH, COURTNEY VERA | CA DISABILITY | 16 | | |
| 23 | FESKANICH, ROBERT | FEDERAL TAX | 16.07 | | 247.23 REGULAR PAY |
| 23 | FESKANICH, ROBERT | MEDICARE | 3.58 | | |
| 23 | FESKANICH, ROBERT | SOC SECURITY | 15 33 | | |
| 23 | FESKANICH, ROBERT | CA INCOME TAX | 0 | | |
| 23 | FESKANICH, ROBERT | CA DISABILITY | 2.47 | | |
| 24 | FORD, LENON | FEDERAL TAX | 135.59 | | 1461.6 SALARY |
| 24 | FORD, LENON | MEDICARE | 21.2 | | |
| 24 | FORD, LENON | SOC SECURITY | 90.62 | | |
| 24 | FORD, LENON | CA INCOME TAX | 22 43 | | |
| 24 | FORD, LENON | CA DISABILITY | 14.62 | | |
| 25 | GARCIA, APRIL | FEDERAL TAX | 48 68 | | 527 4 REGULAR PAY |
| 25 | GARCIA, APRIL | MEDICARE | 7.65 | | |
| 25 | GARCIA, APRIL | SOC SECURITY | 32.7 | | |
| 25 | GARCIA, APRIL | CA INCOME TAX | 5.09 | | |
| 25 | GARCIA, APRIL | CA DISABILITY | 5 27 | | |
| 26 | GAXIOLA, CARLA | FEDERAL TAX | 0 | | 783 92 REGULAR PAY |

2
/14

| Row | Employee Name | Combo Descriptions | Combo Amounts | Earning Amounts | Earning Descriptions |
|---|---|---|---|---|---|
| 26 | GAXIOLA, CARLA | MEDICARE | 11.37 | | |
| 26 | GAXIOLA, CARLA | SOC SECURITY | 48.61 | | |
| 26 | GAXIOLA, CARLA | CA INCOME TAX | 0 | | |
| 26 | GAXIOLA, CARLA | CA DISABILITY | 7.84 | | |
| 27 | GONZALES, GUADALUPE | FEDERAL TAX | 17.79 | 264.42 | REGULAR PAY |
| 27 | GONZALES, GUADALUPE | MEDICARE | 3.83 | | |
| 27 | GONZALES, GUADALUPE | SOC SECURITY | 16 39 | | |
| 27 | GONZALES, GUADALUPE | CA INCOME TAX | 0 | | |
| 27 | GONZALES, GUADALUPE | CA DISABILITY | 2.64 | | |
| 28 | GONZALEZ, HUMBERTO C | FEDERAL TAX | 26.94 | 507.87 | REGULAR PAY |
| 28 | GONZALEZ, HUMBERTO C | MEDICARE | 7 36 | | |
| 28 | GONZALEZ, HUMBERTO C | SOC SECURITY | 31.49 | | |
| 28 | GONZALEZ, HUMBERTO C | CA INCOME TAX | 0.18 | | |
| 28 | GONZALEZ, HUMBERTO C | CA DISABILITY | 5 08 | | |
| 28 | GONZALEZ, HUMBERTO C | G502 | 57.42 | | |
| 28 | GONZALEZ, HUMBERTO C | GARNISH FEE | 1.5 | | |
| 29 | GONZALEZ, VALARIE | FEDERAL TAX | 46.18 | 810.78 | REGULAR PAY |
| 29 | GONZALEZ, VALARIE | MEDICARE | 11.82 | | OVERTIME |
| 29 | GONZALEZ, VALARIE | SOC SECURITY | 50.51 | | |
| 29 | GONZALEZ, VALARIE | CA INCOME TAX | 2.44 | | |
| 29 | GONZALEZ, VALARIE | CA DISABILITY | 8.15 | | |
| 30 | GONZALEZ, YESSICA V | FEDERAL TAX | 30.03 | 538 74 | REGULAR PAY |
| 30 | GONZALEZ, YESSICA V | MEDICARE | 7.81 | | |
| 30 | GONZALEZ, YESSICA V | SOC SECURITY | 33 4 | | |
| 30 | GONZALEZ, YESSICA V | CA INCOME TAX | 0.85 | | |
| 30 | GONZALEZ, YESSICA V | CA DISABILITY | 5 39 | | |
| 31 | GUTIERREZ, FRANCISCO | FEDERAL TAX | 23.04 | 468.9 | REGULAR PAY |
| 31 | GUTIERREZ, FRANCISCO | MEDICARE | 6 8 | | |
| 31 | GUTIERREZ, FRANCISCO | SOC SECURITY | 29.08 | | |
| 31 | GUTIERREZ, FRANCISCO | CA INCOME TAX | 0 | | |
| 31 | GUTIERREZ, FRANCISCO | CA DISABILITY | 4 69 | | |
| 32 | HEAROD, TIARA M | FEDERAL TAX | 28.53 | 523.8 | REGULAR PAY |
| 32 | HEAROD, TIARA M | MEDICARE | 7.6 | | |
| 32 | HEAROD, TIARA M | SOC SECURITY | 32.47 | | |
| 32 | HEAROD, TIARA M | CA INCOME TAX | 0 53 | | |
| 32 | HEAROD, TIARA M | CA DISABILITY | 5 24 | | |
| 33 | HERNANDEZ GALVAN, GUADALUPE | FEDERAL TAX | 50.9 | 542.25 | REGULAR PAY |
| 33 | HERNANDEZ GALVAN, GUADALUPE | MEDICARE | 7.86 | | |
| 33 | HERNANDEZ GALVAN, GUADALUPE | SOC SECURITY | 33.62 | | |
| 33 | HERNANDEZ GALVAN, GUADALUPE | CA INCOME TAX | 5 42 | | |
| 33 | HERNANDEZ GALVAN, GUADALUPE | CA DISABILITY | 5.42 | | |
| 34 | IGNACIO, ELIAS | FEDERAL TAX | 38.54 | 611.73 | REGULAR PAY |
| 34 | IGNACIO, ELIAS | MEDICARE | 8 87 | | |
| 34 | IGNACIO, ELIAS | SOC SECURITY | 37 93 | | |
| 34 | IGNACIO, ELIAS | CA INCOME TAX | 2 46 | | |
| 34 | IGNACIO, ELIAS | CA DISABILITY | 6.12 | | |
| 35 | IGNACIO, ELIZABETH | FEDERAL TAX | 0 | 584.91 | REGULAR PAY |
| 35 | IGNACIO, ELIZABETH | MEDICARE | 8 48 | | |
| 35 | IGNACIO, ELIZABETH | SOC SECURITY | 36.26 | | |
| 35 | IGNACIO, ELIZABETH | CA INCOME TAX | 0 | | |
| 35 | IGNACIO, ELIZABETH | CA DISABILITY | 5 85 | | |
| 36 | JOHNSON, LASHAUN A | FEDERAL TAX | 43 99 | 496.17 | REGULAR PAY |
| 36 | JOHNSON, LASHAUN A | MEDICARE | 7.19 | | |
| 36 | JOHNSON, LASHAUN A | SOC SECURITY | 30 76 | | |
| 36 | JOHNSON, LASHAUN A | CA INCOME TAX | 0 | | |
| 36 | JOHNSON, LASHAUN A | CA DISABILITY | 4.96 | | |
| 37 | LADINEZ, JED | FEDERAL TAX | 0 | 46.35 | REGULAR PAY |
| 37 | LADINEZ, JED | MEDICARE | 0.67 | | |
| 37 | LADINEZ, JED | SOC SECURITY | 2 87 | | |
| 37 | LADINEZ, JED | CA INCOME TAX | 0 | | |
| 37 | LADINEZ, JED | CA DISABILITY | 0.46 | | |
| 38 | LANG, SHERINE | FEDERAL TAX | 4.19 | 1040 | SALARY |
| 38 | LANG, SHERINE | MEDICARE | 15.08 | | |
| 38 | LANG, SHERINE | SOC SECURITY | 64.48 | | |



| Row | Employee Name | Combo Descriptions | Combo Amounts | Earning Amounts | Earning Descriptions |
|---|---|---|---|---|---|
| 38 | LANG, SHERINE | CA INCOME TAX | 0 | | |
| 38 | LANG, SHERINE | CA DISABILITY | 10.4 | | |
| 38 | LANG, SHERINE | G502 | 30 | | |
| 38 | LANG, SHERINE | GARNISH FEE | 1.5 | | |
| 39 | LEON, CRISTAL | FEDERAL TAX | 18.02 | 570.6 | REGULAR PAY |
| 39 | LEON, CRISTAL | MEDICARE | 8 27 | | |
| 39 | LEON, CRISTAL | SOC SECURITY | 35.38 | | |
| 39 | LEON, CRISTAL | CA INCOME TAX | 0 | | |
| 39 | LEON, CRISTAL | CA DISABILITY | 5.71 | | |
| 40 | LIZARDO, RAFAEL A | FEDERAL TAX | 0 | 168.93 | REGULAR PAY |
| 40 | LIZARDO, RAFAEL A | MEDICARE | 2.45 | | |
| 40 | LIZARDO, RAFAEL A | SOC SECURITY | 10.48 | | |
| 40 | LIZARDO, RAFAEL A | CA INCOME TAX | 0 | | |
| 40 | LIZARDO, RAFAEL A | CA DISABILITY | 1.69 | | |
| 41 | LOFTON, TREVON M | FEDERAL TAX | 4.73 | 285 75 | REGULAR PAY |
| 41 | LOFTON, TREVON M | MEDICARE | 4 15 | | |
| 41 | LOFTON, TREVON M | SOC SECURITY | 17.72 | | |
| 41 | LOFTON, TREVON M | CA INCOME TAX | 0 | | |
| 41 | LOFTON, TREVON M | CA DISABILITY | 2 86 | | |
| 42 | LOPEZ, BRAYAN FLORES | FEDERAL TAX | 70 02 | 599.22 | REGULAR PAY |
| 42 | LOPEZ, BRAYAN FLORES | MEDICARE | 9.71 | 70.47 | OVERTIME |
| 42 | LOPEZ, BRAYAN FLORES | SOC SECURITY | 41 52 | | |
| 42 | LOPEZ, BRAYAN FLORES | CA INCOME TAX | 8.22 | | |
| 42 | LOPEZ, BRAYAN FLORES | CA DISABILITY | 6.7 | | |
| 43 | LOVE, DERRICK B | FEDERAL TAX | 0 | 32.4 | REGULAR PAY |
| 43 | LOVE, DERRICK B | MEDICARE | 0.47 | | |
| 43 | LOVE, DERRICK B | SOC SECURITY | 2.01 | | |
| 43 | LOVE, DERRICK B | CA INCOME TAX | 0 | | |
| 43 | LOVE, DERRICK B | CA DISABILITY | 0.32 | | |
| 44 | MCPHERSON, KANDICE L | FEDERAL TAX | 29.27 | 683 1 | REGULAR PAY |
| 44 | MCPHERSON, KANDICE L | MEDICARE | 9.91 | | |
| 44 | MCPHERSON, KANDICE L | SOC SECURITY | 42 35 | | |
| 44 | MCPHERSON, KANDICE L | CA INCOME TAX | 0 | | |
| 44 | MCPHERSON, KANDICE L | CA DISABILITY | 6.83 | | |
| 45 | MCQUEEN, PAUL V | FEDERAL TAX | 0 | 218.88 | REGULAR PAY |
| 45 | MCQUEEN, PAUL V | MEDICARE | 3.17 | | |
| 45 | MCQUEEN, PAUL V | SOC SECURITY | 13.57 | | |
| 45 | MCQUEEN, PAUL V | CA INCOME TAX | 0 | | |
| 45 | MCQUEEN, PAUL V | CA DISABILITY | 2.19 | | |
| 46 | MEDINA, JANINE N | FEDERAL TAX | 15.73 | 395.73 | REGULAR PAY |
| 46 | MEDINA, JANINE N | MEDICARE | 5.74 | | |
| 46 | MEDINA, JANINE N | SOC SECURITY | 24.54 | | |
| 46 | MEDINA, JANINE N | CA INCOME TAX | 0 | | |
| 46 | MEDINA, JANINE N | CA DISABILITY | 3.96 | | |
| 47 | MELCHOR, YOLANDA | FEDERAL TAX | 0.85 | 333 45 | REGULAR PAY |
| 47 | MELCHOR, YOLANDA | MEDICARE | 4 84 | | |
| 47 | MELCHOR, YOLANDA | SOC SECURITY | 20.67 | | |
| 47 | MELCHOR, YOLANDA | CA INCOME TAX | 0 | | |
| 47 | MELCHOR, YOLANDA | CA DISABILITY | 3 33 | | |
| 48 | MONCAYO, MICHELLE MARIE | FEDERAL TAX | 0 | 115.83 | REGULAR PAY |
| 48 | MONCAYO, MICHELLE MARIE | MEDICARE | 1.68 | | |
| 48 | MONCAYO, MICHELLE MARIE | SOC SECURITY | 7 18 | | |
| 48 | MONCAYO, MICHELLE MARIE | CA INCOME TAX | 0 | | |
| 48 | MONCAYO, MICHELLE MARIE | CA DISABILITY | 1.16 | | |
| 49 | MUJICA, EFRAIN | FEDERAL TAX | 11.17 | 436.68 | REGULAR PAY |
| 49 | MUJICA, EFRAIN | MEDICARE | 6.33 | | |
| 49 | MUJICA, EFRAIN | SOC SECURITY | 27.07 | | |
| 49 | MUJICA, EFRAIN | CA INCOME TAX | 0 | | |
| 49 | MUJICA, EFRAIN | CA DISABILITY | 4.37 | | |
| 50 | MUNOZ, LESLIE | FEDERAL TAX | 19.63 | 282.87 | REGULAR PAY |
| 50 | MUNOZ, LESLIE | MEDICARE | 4.1 | | |
| 50 | MUNOZ, LESLIE | SOC SECURITY | 17.54 | | |
| 50 | MUNOZ, LESLIE | CA INCOME TAX | 0 | | |
| 50 | MUNOZ, LESLIE | CA DISABILITY | 2.83 | | |

| Row | Employee Name | Combo Descriptions | Combo Amounts | Earning Amounts | Earning Descriptions |
|-----|---------------|--------------------|---------------|-----------------|----------------------|
| 51 | MUNOZ, YESSICA | FEDERAL TAX | 11.24 | 652.95 | REGULAR PAY |
| 51 | MUNOZ, YESSICA | MEDICARE | 9 5 | | OVERTIME |
| 51 | MUNOZ, YESSICA | SOC SECURITY | 40.59 | | |
| 51 | MUNOZ, YESSICA | CA INCOME TAX | 0 | | |
| 51 | MUNOZ, YESSICA | CA DISABILITY | 6.55 | | |
| 52 | MURILLO, MAYRA J | FEDERAL TAX | 40.24 | 471 15 | REGULAR PAY |
| 52 | MURILLO, MAYRA J | MEDICARE | 6 83 | | |
| 52 | MURILLO, MAYRA J | SOC SECURITY | 29 21 | | |
| 52 | MURILLO, MAYRA J | CA INCOME TAX | 0 | | |
| 52 | MURILLO, MAYRA J | CA DISABILITY | 4.71 | | |
| 53 | MURILLO, ROSA F | FEDERAL TAX | 7.04 | 308.88 | REGULAR PAY |
| 53 | MURILLO, ROSA F | MEDICARE | 4 48 | | |
| 53 | MURILLO, ROSA F | SOC SECURITY | 19 15 | | |
| 53 | MURILLO, ROSA F | CA INCOME TAX | 0 | | |
| 53 | MURILLO, ROSA F | CA DISABILITY | 3 09 | | |
| 54 | NUNEZ, ANDREA S | FEDERAL TAX | 0 | 333.9 | REGULAR PAY |
| 54 | NUNEZ, ANDREA S | MEDICARE | 4 84 | | |
| 54 | NUNEZ, ANDREA S | SOC SECURITY | 20.7 | | |
| 54 | NUNEZ, ANDREA S | CA INCOME TAX | 0 | | |
| 54 | NUNEZ, ANDREA S | CA DISABILITY | 3.34 | | |
| 55 | PAUL, SURAIYAA | FEDERAL TAX | 35.04 | 436 5 | REGULAR PAY |
| 55 | PAUL, SURAIYAA | MEDICARE | 6 33 | | |
| 55 | PAUL, SURAIYAA | SOC SECURITY | 27 06 | | |
| 55 | PAUL, SURAIYAA | CA INCOME TAX | 0 | | |
| 55 | PAUL, SURAIYAA | CA DISABILITY | 4.37 | | |
| 56 | PEDROZA, ALEXIS | FEDERAL TAX | 0 | 691.65 | REGULAR PAY |
| 56 | PEDROZA, ALEXIS | MEDICARE | 10.15 | | OVERTIME |
| 56 | PEDROZA, ALEXIS | SOC SECURITY | 43.36 | | |
| 56 | PEDROZA, ALEXIS | CA INCOME TAX | 0 | | |
| 56 | PEDROZA, ALEXIS | CA DISABILITY | 6.99 | | |
| 57 | PEREZ, FERNANDO | FEDERAL TAX | 89.18 | 1608 | SALARY |
| 57 | PEREZ, FERNANDO | MEDICARE | 23.32 | | |
| 57 | PEREZ, FERNANDO | SOC SECURITY | 99.7 | | |
| 57 | PEREZ, FERNANDO | CA INCOME TAX | 8.9 | | |
| 57 | PEREZ, FERNANDO | CA DISABILITY | 16.08 | | |
| 58 | PEREZ, MARIA E | FEDERAL TAX | 64.61 | 633.6 | REGULAR PAY |
| 58 | PEREZ, MARIA E | MEDICARE | 9.18 | | |
| 58 | PEREZ, MARIA E | SOC SECURITY | 39.28 | | |
| 58 | PEREZ, MARIA E | CA INCOME TAX | 7 43 | | |
| 58 | PEREZ, MARIA E | CA DISABILITY | 6.34 | | |
| 59 | PRIETO, MARCO | FEDERAL TAX | 0 | 495.45 | REGULAR PAY |
| 59 | PRIETO, MARCO | MEDICARE | 7.18 | | |
| 59 | PRIETO, MARCO | SOC SECURITY | 30.72 | | |
| 59 | PRIETO, MARCO | CA INCOME TAX | 0 | | |
| 59 | PRIETO, MARCO | CA DISABILITY | 4.95 | | |
| 60 | RAMIREZ, JESUS | FEDERAL TAX | 0 | 420 75 | REGULAR PAY |
| 60 | RAMIREZ, JESUS | MEDICARE | 6 1 | | |
| 60 | RAMIREZ, JESUS | SOC SECURITY | 26 09 | | |
| 60 | RAMIREZ, JESUS | CA INCOME TAX | 0 | | |
| 60 | RAMIREZ, JESUS | CA DISABILITY | 4.21 | | |
| 61 | RODRIGUEZ, ALEJANDRA | FEDERAL TAX | 4 4 | 586.35 | REGULAR PAY |
| 61 | RODRIGUEZ, ALEJANDRA | MEDICARE | 8.5 | | |
| 61 | RODRIGUEZ, ALEJANDRA | SOC SECURITY | 36.35 | | |
| 61 | RODRIGUEZ, ALEJANDRA | CA INCOME TAX | 0 | | |
| 61 | RODRIGUEZ, ALEJANDRA | CA DISABILITY | 5 86 | | |
| 62 | RODRIGUEZ, ERANDI | FEDERAL TAX | 0 | 838.75 | REGULAR PAY |
| 62 | RODRIGUEZ, ERANDI | MEDICARE | 12.26 | | OVERTIME |
| 62 | RODRIGUEZ, ERANDI | SOC SECURITY | 52.41 | | |
| 62 | RODRIGUEZ, ERANDI | CA INCOME TAX | 0 | | |
| 62 | RODRIGUEZ, ERANDI | CA DISABILITY | 8.45 | | |
| 63 | RODRIGUEZ, RAFAEL | FEDERAL TAX | 0 | 774.48 | REGULAR PAY |
| 63 | RODRIGUEZ, RAFAEL | MEDICARE | 11.23 | | |
| 63 | RODRIGUEZ, RAFAEL | SOC SECURITY | 48 02 | | |
| 63 | RODRIGUEZ, RAFAEL | CA INCOME TAX | 0 | | |

2
17

| Row | Employee Name | Combo Descriptions | Combo Amounts | Earning Amounts | Earning Descriptions |
|---|---|---|---|---|---|
| 63 | RODRIGUEZ, RAFAEL | CA DISABILITY | 7.74 | | |
| 64 | ROY, JON EUGENE | FEDERAL TAX | 0 | 526.41 | REGULAR PAY |
| 64 | ROY, JON EUGENE | MEDICARE | 7 63 | | |
| 64 | ROY, JON EUGENE | SOC SECURITY | 32 63 | | |
| 64 | ROY, JON EUGENE | CA INCOME TAX | 0 | | |
| 64 | ROY, JON EUGENE | CA DISABILITY | 5 26 | | |
| 65 | RUDOLPH, BRENDON CHANCE | FEDERAL TAX | 7 33 | 615.6 | REGULAR PAY |
| 65 | RUDOLPH, BRENDON CHANCE | MEDICARE | 8.93 | | |
| 65 | RUDOLPH, BRENDON CHANCE | SOC SECURITY | 38 17 | | |
| 65 | RUDOLPH, BRENDON CHANCE | CA INCOME TAX | 0 | | |
| 65 | RUDOLPH, BRENDON CHANCE | CA DISABILITY | 6.16 | | |
| 66 | SALAS, CHRISTOPHER | FEDERAL TAX | 0 | 261.45 | REGULAR PAY |
| 66 | SALAS, CHRISTOPHER | MEDICARE | 3.79 | | |
| 66 | SALAS, CHRISTOPHER | SOC SECURITY | 16.21 | | |
| 66 | SALAS, CHRISTOPHER | CA INCOME TAX | 0 | | |
| 66 | SALAS, CHRISTOPHER | CA DISABILITY | 2.61 | | |
| 67 | SALGADO PREZA, DIANA | FEDERAL TAX | 42.76 | 487 98 | REGULAR PAY |
| 67 | SALGADO PREZA, DIANA | MEDICARE | 7.08 | | |
| 67 | SALGADO PREZA, DIANA | SOC SECURITY | 30.25 | | |
| 67 | SALGADO PREZA, DIANA | CA INCOME TAX | 0 | | |
| 67 | SALGADO PREZA, DIANA | CA DISABILITY | 4.88 | | |
| 68 | SANDERS, CASSANDRA C | FEDERAL TAX | 41.23 | 737.28 | REGULAR PAY |
| 68 | SANDERS, CASSANDRA C | MEDICARE | 10.69 | | |
| 68 | SANDERS, CASSANDRA C | SOC SECURITY | 45.71 | | |
| 68 | SANDERS, CASSANDRA C | CA INCOME TAX | 6.5 | | |
| 68 | SANDERS, CASSANDRA C | CA DISABILITY | 7.37 | | |
| 69 | SCOTT, CHRISTEN NICOLE | FEDERAL TAX | 42.07 | 745.7 | REGULAR PAY |
| 69 | SCOTT, CHRISTEN NICOLE | MEDICARE | 10 81 | | |
| 69 | SCOTT, CHRISTEN NICOLE | SOC SECURITY | 46.23 | | |
| 69 | SCOTT, CHRISTEN NICOLE | CA INCOME TAX | 6.68 | | |
| 69 | SCOTT, CHRISTEN NICOLE | CA DISABILITY | 7 46 | | |
| 70 | SCOTT, JAZZMIN | FEDERAL TAX | 0 | 58 05 | REGULAR PAY |
| 70 | SCOTT, JAZZMIN | MEDICARE | 0.84 | | |
| 70 | SCOTT, JAZZMIN | SOC SECURITY | 3 59 | | |
| 70 | SCOTT, JAZZMIN | CA INCOME TAX | 0 | | |
| 70 | SCOTT, JAZZMIN | CA DISABILITY | 0 58 | | |
| 71 | SCOTT, LEONTA M | FEDERAL TAX | 281 01 | 2000 | SALARY |
| 71 | SCOTT, LEONTA M | MEDICARE | 29 | | |
| 71 | SCOTT, LEONTA M | SOC SECURITY | 124 | | |
| 71 | SCOTT, LEONTA M | CA INCOME TAX | 82.55 | | |
| 71 | SCOTT, LEONTA M | CA DISABILITY | 20 | | |
| 72 | SHARP, JALIN | FEDERAL TAX | 47.75 | 521.19 | REGULAR PAY |
| 72 | SHARP, JALIN | MEDICARE | 7.56 | | |
| 72 | SHARP, JALIN | SOC SECURITY | 32.32 | | |
| 72 | SHARP, JALIN | CA INCOME TAX | 4.95 | | |
| 72 | SHARP, JALIN | CA DISABILITY | 5.21 | | |
| 73 | SHIRK, KYNDALL L | FEDERAL TAX | 0 | 100 71 | REGULAR PAY |
| 73 | SHIRK, KYNDALL L | MEDICARE | 1.46 | | |
| 73 | SHIRK, KYNDALL L | SOC SECURITY | 6.24 | | |
| 73 | SHIRK, KYNDALL L | CA INCOME TAX | 0 | | |
| 73 | SHIRK, KYNDALL L | CA DISABILITY | 1 01 | | |
| 74 | SHIRK, MICHELLE K | FEDERAL TAX | 95.77 | 1500 | SALARY |
| 74 | SHIRK, MICHELLE K | MEDICARE | 21.75 | | |
| 74 | SHIRK, MICHELLE K | SOC SECURITY | 93 | | |
| 74 | SHIRK, MICHELLE K | CA INCOME TAX | 11 | | |
| 74 | SHIRK, MICHELLE K | CA DISABILITY | 15 | | |
| 75 | SIMON, KALANI | FEDERAL TAX | 27.77 | 364.23 | REGULAR PAY |
| 75 | SIMON, KALANI | MEDICARE | 5.28 | | |
| 75 | SIMON, KALANI | SOC SECURITY | 22 58 | | |
| 75 | SIMON, KALANI | CA INCOME TAX | 0 | | |
| 75 | SIMON, KALANI | CA DISABILITY | 3.64 | | |
| 76 | TORRES, DOROTEA | FEDERAL TAX | 0 | 230 67 | REGULAR PAY |
| 76 | TORRES, DOROTEA | MEDICARE | 3 34 | | |
| 76 | TORRES, DOROTEA | SOC SECURITY | 14.3 | | |

2
18

| Row | Employee Name | Combo Descriptions | Combo Amounts | Earning Amounts | Earning Descriptions | |
|---|---|---|---|---|---|---|
| 76 | TORRES, DOROTEA | CA INCOME TAX | 0 | | | |
| 76 | TORRES, DOROTEA | CA DISABILITY | 2.31 | | | |
| 77 | VALDOVINOS, RUFINA | FEDERAL TAX | 0.5 | | 395.37 REGULAR PAY | |
| 77 | VALDOVINOS, RUFINA | MEDICARE | 5.73 | | | |
| 77 | VALDOVINOS, RUFINA | SOC SECURITY | 24 51 | | | |
| 77 | VALDOVINOS, RUFINA | CA INCOME TAX | 0 | | | |
| 77 | VALDOVINOS, RUFINA | CA DISABILITY | 3.95 | | | |
| 78 | VARGAS, DAVID | FEDERAL TAX | 27.63 | | 514.8 REGULAR PAY | |
| 78 | VARGAS, DAVID | MEDICARE | 7.47 | | | |
| 78 | VARGAS, DAVID | SOC SECURITY | 31.92 | | | |
| 78 | VARGAS, DAVID | CA INCOME TAX | 0.33 | | | |
| 78 | VARGAS, DAVID | CA DISABILITY | 5 15 | | | |
| 79 | VARGAS, JACKELIN | FEDERAL TAX | 0 | | 602.1 REGULAR PAY | |
| 79 | VARGAS, JACKELIN | MEDICARE | 8.73 | | | |
| 79 | VARGAS, JACKELIN | SOC SECURITY | 37.33 | | | |
| 79 | VARGAS, JACKELIN | CA INCOME TAX | 0 | | | |
| 79 | VARGAS, JACKELIN | CA DISABILITY | 6.02 | | | |
| 80 | VEGA, ERICKA AYON | FEDERAL TAX | 0 | | 443 7 REGULAR PAY | |
| 80 | VEGA, ERICKA AYON | MEDICARE | 6.43 | | | |
| 80 | VEGA, ERICKA AYON | SOC SECURITY | 27.51 | | | |
| 80 | VEGA, ERICKA AYON | CA INCOME TAX | 0 | | | |
| 80 | VEGA, ERICKA AYON | CA DISABILITY | 4.44 | | | |
| 81 | WHITTINGTON, LAVON E | FEDERAL TAX | 59.08 | | 2116 SALARY | |
| 81 | WHITTINGTON, LAVON E | MEDICARE | 30.68 | | | |
| 81 | WHITTINGTON, LAVON E | SOC SECURITY | 131.19 | | | |
| 81 | WHITTINGTON, LAVON E | CA INCOME TAX | 53.13 | | | |
| 81 | WHITTINGTON, LAVON E | CA DISABILITY | 21 16 | | | |
| 82 | WILBUER, HEATHER D | FEDERAL TAX | 25.65 | | 342.99 REGULAR PAY | |
| 82 | WILBUER, HEATHER D | MEDICARE | 4.98 | | | |
| 82 | WILBUER, HEATHER D | SOC SECURITY | 21.26 | | | |
| 82 | WILBUER, HEATHER D | CA INCOME TAX | 0 | | | |
| 82 | WILBUER, HEATHER D | CA DISABILITY | 3 43 | | | |
| 83 | ~ | FEDERAL TAX | 2447.87 | 0 | | |
| 83 | ~ | MEDICARE | 697.18 | 34514.36 | | |
| 83 | ~ | SOC SECURITY | 2980 97 | 13405.6 | | |
| 83 | ~ | CA INCOME TAX | 333 57 | | OVERTIME | 0 |
| 83 | ~ | CA DISABILITY | 480.82 | | REGULAR PAY | 3699.43 |
| 83 | ~ | G502 | 87.42 | | SALARY | 720 |
| 83 | ~ | GARNISH FEE | 3 | | | |

**Summary:**

| | | | |
|---|---|---|---|
| Total FIT | 2447.87 | | |
| Total Medicare | 697 18 | | |
| Total SS | 2980.97 | | |
| Total SIT | 333 57 | 47919.96 | 4419 43 |
| Total SDI | 480.82 | Total | 52339 39 |
| Total Garnish | 87.42 | | |
| Total Withholding | 7027.83 | | |
| | | | |
| Total Wages incl. Withholding | 47919.96 | | |
| Employer's Portion | 4419 43 | | |
| Total | 52339.39 | | |

Total days: 10 prepetition/4 postpetition = 71% prepetition
**Total est. preptition allocation:**        37160.97

2
19

## Walter J. Knezevich, Inc. UTILITY PROVIDERS

| Vendor | Account No | Address | Main Phone |
|---|---|---|---|
| AT&T | | AT&T PO Box 920041 Dallas, TX 75392-0041 | |
| Big Bear Disposal, Inc | 000424 | 41974 Garstin Drive, Big Bear Lake, CA 92315 | 909-866-3942 |
| Burrtec Waste | 47-TD 166025 | PO Box 6520 Buena Park, CA 90622-6520 | |
| City of Pomona Public Works | | P O Box 3179 Pomona, CA 91769-3179 | 909-620-2241 |
| City of Bear Bear Lake Dept of Water & Power | 102635000 | 41972 Garstin Drive, Big Bear Lake, CA 92315 | 909-866-5050 |
| Protection One Alarm | 6654123 | PO Box 219044 Kansas City, MO 64121-9044 | 800-642-2874 |
| Riverside Public Utilities ** | 509904-199459 | 3900 Main Street Riverside, CA 92522-0144 | 951-782-0330 |
| Southern California Edison | | P O Box 300 Rosemead, CA 91772-0001 | 800-990-7788 |
| The Gas Company | | PO Box C Monterey Park, CA 91756-5111 | 1-800-427-2000 |
| Twentynine Palms Water District ** | | 72401 Hatch Road Twentynine Palms, CA 92277 | |
| Verizon | | PO Box 920041 Dallas TX 75392-0041 | |
| Verizon Wireless - (Quest) - 8494 | 8611284940-0003 | PO BOX 660108 Dallas, TX 75266-0108 | 800-922-0204 |
| Verizon Wireless (29 Palms) 0228 | 01-2529-122802100-07 | PO Box 920041 Dallas, TX 75392-0041 | (800) 922-0204 |
| Southwest Gas | 131-0031963-029 | 140 Business Center Drive, Big Bear Lake, CA 92315 | |
| Big Bear Electric | 77471210722 | 42020 Garstin Drive, Big Bear Lake, CA 92315 | |

3
20

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2030 Main Street, Suite 1600, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (specify): **OMINIBUS DECLARATION OF RICHARD K. SHIRK IN SUPPORT OF THE FOLLOWING FIRST DAY MOTIONS: 1. CASH COLLATERAL; 2. PAYROLL; 3. CASH MANAGEMENT; 4. UTILITY; AND 5. LIMIT NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) August 7, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael J Bujold    Michael.J.Bujold@usdoj.gov
- Todd C. Ringstad    becky@ringstadlaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**
On **August 7, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served). Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 7, 2014 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Meredith A. Jury, Courtroom 301, United States Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501-3819

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

| August 7, 2014 | Becky Metzner | /s/ Becky Metzner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**

Steven L. Bergh, Esq.
Prenovost Normandin Bergh
2122 N. Broadway, #200
Santa Ana , CA  92706

KFCC Franch Fee (4%)
Attn: Brian Cahoe
1900 Colonel Sanders Ln
Louisville, KY  40213

RTI
12962 Collections Center Drive
Attn: Amanda
Chicago, IL  60693


Board of Equalization *
 Maria Jordan
P.O. Box 942879
Sacramento, CA  94279-8005

Knezevich, Patricia M.
Teresa Silva Conservator
3727 Caribeth Drive
Encino, CA  91436

So Cal KFC Ad. Assoc
Attn: Accts Receivable
2500 E. Foothill Blvd. #102
Pasadena, CA  91107


Dream Team Property LLC
9028 Mustang Road
Attn: Iris Tonti
Rancho Cucamonga, CA  91701

Los Angeles County Tax Collect
225 N. Hill St #109
PO Box 54018
Los Angeles, Ca  90012

Southern California Edison
Ann Cohen, VP
2244 Walnut Grove
Rosemead, CA  91772-0001


EM Thomas Management
177 Business Center Drive
Attn: Ed Thomas
Corona, CA  92880

McLane Food Services
2085 Midway Road
Carrollton, TX  75006-5063

State Comp Ins Fund *
Attn: Sue Clark
P.O. Box 7441
San Francisco, CA  94120-7441


Eric R. Goodman
Baker Hostetler
1900 E 9th St.,#3200
Cleveland, OH  44114-3482

Mohammad Chaudhry
8236 Laurel Ridge Road
Riverside, CA  92508

Sunwest Bank(Mission Ln)
2050 Main St #300
Jason Raefski CFO
Irvine, CA  92614-8279


Gregory G. Schick (BB LL Rent)
40432 Big Bear Blvd
PO Box 2836
Big Bear Lake, CA  92315

Murry Darch (Garey Rent)
10259 Bunting
Fountain Valley, CA  92708-683

Watson-Hall Investment
24822 Solano Court
Attn: Floyd
Laguna Hills, CA  92653


Independence Bank
4525 MacArthur Blvd.
PO Box 9589
Newport Beach, CA  92660

NCAC 4.5%
Jeffrey Wessling
1941 Bishop Ln #1000
Louisville, KY  40218-1925


Independence Bank
4525 MacArthur Blvd
Charles Thomas CEO
Newport Beach, CA  92660

Office of the US Trustee
Attn: Michael J. Bujold
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA  90017


Joe Kriek
304 W. 7th Street
Claremont, CA  91711

Office of the US Trustee
3801 University Avenue
Suite 720
Riverside, CA  92501-3200


Kevin's Plumbing & Drain Clear
300 South Calle El Segundo
Apt. 114
Palm Springs, CA  92262

Roto-Rooter Service
2141 Industrial Court
Marie - Accts Receivable
Vista, CA  92081


*Service Via Express Overnight Mail