Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Christopher A. Minier (State Bar No. 190705)
cminier@ringstadlaw.com
Brian R.M. Nelson (State Bar No. 279620)
brian@ringstadlaw.com
RINGSTAD & SANDERS LLP
2030 Main Street, 16th Floor
Irvine, CA  92614
Telephone: 949-851-7450
Facsimile:  949-851-6926

Proposed General Insolvency Counsel for
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In re | CASE NO. 6:14-BK-19962 MJ |
|---|---|
| **WALTER J. KNEZEVICH, INC., a Idaho Corporation** | Chapter 11 Proceeding |
| | **DEBTOR'S:** |
| Debtor and Debtor-in-Possession. | 1) **ELECTRONIC FILING DECLARATION;**<br>2) **LIST OF EQUITY SECURITIES HOLDERS;**<br>3) **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR;**<br>4) **SUMMARY OF SCHEDULES;**<br>5) **SCHEDULE A;**<br>6) **SCHEDULE B;**<br>7) **SCHEDULE D;**<br>8) **SCHEDULE E;**<br>9) **SCHEDULE F;**<br>10) **SCHEDULE G;**<br>11) **SCHEDULE H;**<br>12) **DECLARATION CONCERNING DEBTOR'S SCHEDULES;**<br>13) **STATEMENT OF FINANCIAL AFFAIRS; and**<br>14) **STATEMENT OF RELATED CASES** |

Walter J. Knezenich, Inc., Debtor and Debtor-in-Possession herein, submits its:

1.    Electronic Filing Declaration;

2.    List of Equity Security Holders;

3.    Disclosure of Compensation of Attorney for Debtor;

4.    Summary of Schedules;

1    5.    Schedule A;

2    6.    Schedule B;

3    7.    Schedule C;

4    8.    Schedule D;

5    9.    Schedule E;

6    10.    Schedule F;

7    11.    Schedule G;

8    12.    Schedule H;

9    13.    Declaration Concerning Debtor's Schedules;

10    14.    Statement of Financial Affairs; and

11    15.    Statement of Related Cases.

12    DATED: August 19, 2014                    RINGSTAD & SANDERS LLP

13

14                                          By: ___/s/ Todd C. Ringstad_____

15                                          Todd C. Ringstad
                                            Proposed General Insolvency Counsel for Debtor
16                                          and Debtor-in-Possession,
                                            WALTER J. KNEZEVICH, INC.

17

18

19

20

21

22

23

24

25

26

27

28

439802.2

**Ringstad & Sanders** LLP
2030 Main Street, 16ᵗʰ Floor
Irvine, California 92614
949 851 7450

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Todd C Ringstad, SBN 97345  Email: todd@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>2030 Main Street, Suite 1600<br>Irvine, CA 92614  Telephone: 949 851-6926<br>Fax: 949 851-6926<br><br>☒ Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: WALTER J. KNEZEVICH INC. | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists        Date Filed: August 19, 2014
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: _____                                 Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____
Signature of Authorized Signatory of Filing Party

Richard Kevin Shirk
_____
Printed Name of Authorized Signatory of Filing Party

President
_____
Title of Authorized Signatory of Filing Party

August 19, 2014
_____
Date

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_____
Signature of Attorney for Filing Party

Todd C. Ringstad
_____
Printed Name of Attorney for Filing Party

August 19, 2014
_____
Date

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISIION DIVISION

In re *Walter J. Knezevich Inc.,*
    *an Idaho Corporation*

Case No. *6:14-bk-19962 MJ*
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Todd C. Ringstad*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *Michelle Shirk*<br>*1240 E. Ontario Avenue*<br>*Suite 120-359*<br>*Ontario CA 92881-2872* | | *50%* |
| *2* | *Richard Kevin Shirk*<br>*1240 E. Ontario Ave.*<br>*Suite 120-359*<br>*Ontario CA 92881-2872* | | *50%* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Richard Kevin Shirk_____, _President_____ of the _corporation_____ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: _8/19/2014_____

Signature: _/s/ Richard Kevin Shirk_____

Name: **Richard Kevin Shirk**

Title: **President**

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISIION DIVISION

In re *Walter J. Knezevich Inc., an Idaho Corporation*          Case No. *6:14-bk-19962 MJ*
                                                                Chapter  *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $        0.00 | | |
| B-Personal Property | Yes | 5 | $    To Be Determined | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $      479,879.40 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | $      319,856.67 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $    1,990,809.05 | |
| G-Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $        0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $        0.00 |
| TOTAL | | 33 | $  To Be Determined | $    2,790,545.12 | |

FORM B6A (Official Form 6A) (12/07)

In re __Walter J. Knezevich Inc._____,    Case No. _6:14-bk-19962 MJ_
                         **Debtor(s)**                                                                     (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | | |

No continuation sheets attached                                          **TOTAL $**         *0.00*
                                                 **(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Walter J. Knezevich Inc._____,    Case No. _6:14-bk-19962 MJ_
            Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Acct No 1641 0686 680 1312 E. Ontario Ave.,#101 Corona, CA 92881 | | $1,903.20 |
| | | Bank of America Acct No 1641 324 3192 1312 E. Ontario Ave. #101 Corona, CA 92881 | | $33,269.00 |
| | | Citibank Acct No 205053069 41969 Big Bear Blvd. Big Bear, CA 92315 | | $1,490.12 |
| | | US Bank Acct No 157500224793 6325 Adobe Road Twentynine Palms, CA 92277 | | $4,755.86 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Pacific Mortgage Exchange Big Bear Lease | | $3,000.00 |
| | | Southern California Edison | | $42,734.36 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Page __1__ of __5__

B6B (Official Form 6B) (12/07)

In re Walter J. Knezevich Inc. _____ ,    Case No. 6:14-bk-19962 MJ
                          Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | KFC Franchise Agreements | | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. | X | | | |

B6B (Official Form 6B) (12/07)

In re _Walter J. Knezevich Inc._____,    Case No. _6:14-bk-19962 MJ_
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _Office equipment, furnishings and supplies:_ _2 computers; 4 desks; 1 easel; 1 printer; 6 chairs; and phone system._ | | $5,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | _Leasehold Improvements_ _Location: 41819 Big Bear Blvd._ _Big Bear Lake, CA 92315_ _Pomona, CA 91766_ | | _Unknown_ |
| | | _Leasehold Improvements_ _Location: 18585 Van Buren Blvd._ _Riverside, CA 92508_ _Pomona, CA 91766_ | | _Unknown_ |
| | | _Leasehold Improvements_ _Location: 72132 Twenty Nine Palms_ _Twenty Nine Palms, CA 92277_ _Pomona, CA 91766_ | | _Unknown_ |
| | | _Leasehold Improvements_ _Location: 375 E. Mission Avenue_ _Pomona, CA 91766_ | | _Unknown_ |
| | | _Leasehold Improvements_ _Location: 2294 N. Garey Avenue_ _Pomona, CA 91767_ | | _Unknown_ |
| | | _Machinery, fixtures and equipment_ _Location: 41819 Big Bear Blvd._ | | $84,014.26 |

B6B (Official Form 6B) (12/07)

In re _Walter J. Knezevich Inc._ _____,    Case No. _6:14-bk-19962 MJ_
          Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Big Bear Lake, CA 92315 | | |
| | | Machinery, fixtures and equipment Location: 18585 Van Buren Blvd. Riverside, CA 92508 | | $110,155.00 |
| | | Machinery, fixtures and equipment Location: 72132 Twenty Nine Palms Hwy Twenty Nine Palms, CA 92277 | | $76,710.00 |
| | | Machinery, fixtures and equipment Location: 375 E. Mission Avenue Pomona, CA 91767 | | $91,294.00 |
| | | Machinery, fixtures and equipment Location: 2292 N. Garey Avenue Pomona, CA 91767 | | $109,449.00 |
| 30. Inventory. | | Inventory (Food) Location: 2294 N. Garey Avenue Pomona, CA 91767 | | $7,942.48 |
| | | Inventory (Food) Location: 375 E. Mission Avenue Pomona, CA 91766 | | $8,566.68 |
| | | Inventory (Food) Location: 72132 Twenty Nine Palms Twenty Nine Palms, CA 92277 | | $6,716.70 |
| | | Inventory (Food) Location: 18585 Van Buren Blvd. Riverside, CA 92508 | | $8,812.95 |
| | | Inventory (Food) Location: 41819 Big Bear Blvd. Big Bear Lake, CA 92315 | | $6,450.59 |

B6B (Official Form 6B) (12/07)

In re _Walter J. Knezevich Inc._____,    Case No. _6:14-bk-19962 MJ_
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➔ | $602,264.20 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re _Walter J. Knezevich Inc._                                    Case No. _6:14-bk-19962 MJ_
                    **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien <br> H--Husband <br> W--Wife <br> J--Joint <br> C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No. 3285 <br><br> Creditor # : 1 <br> Element (CoActiv) <br> PO Box 71425 <br> Chicago IL 60694-1425 | | 6/1/14 <br><br> **Equipment Lease** <br> Drive thru headset system <br><br><br> Value. $ | | | | $ 1,376.23 | $ 0.00 |
| Account No. 5662 <br><br> Creditor # : 2 <br> Independence Bank <br> 4525 MacArthur Blvd. <br> PO Box 9589 <br> Newport Beach CA 92660 | X | <br><br> **Lien** <br><br><br> Value $ | | | | $ 400,000.00 | $ 0.00 |

_1_  continuation sheets attached

Subtotal $ | $ 401,376.23 | $ 0.00
(Total of this page)

Total $
(Use only on last page)

(Report also on Summary of Schedules )   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Walter J. Knezevich Inc._ _____    Case No. _6:14-bk-19962 MJ_
    **Debtor(s)**                                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *5662*  *Representing:*  *Independence Bank* | | *Steven L. Bergh, Esq. Prenovost Normandin Bergh 2122 N. Broadway, #200 Santa Ana  CA 92706*  Value: | | | | | |
| Account No:  *Creditor # : 3 Restaurant Supply Chain (USPC) P.O. Box 32033 Louisville KY 40213* | | *Purchase Money Security* Holding cabinets and Merit POS  Value: *$* | | | | $ 78,503.17 | $ 0.00 |
| Account No. | | Value: | | | | | |
| Account No· | | Value: | | | | | |
| Account No· | | Value | | | | | |

Sheet no. 1___ of  1___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | | Subtotal $ (Total of this page) | $ 78,503.17 | $ 0.00 |
|---|---|---|---|---|
|  | | Total $ (Use only on last page) | $ 479,879.40 | $ 0.00 |
|  | | | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re _Walter J. Knezevich Inc._ _____ ,    Case No. _6:14-bk-19962 MJ_
　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**　(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐　**Domestic Support Obligations**
　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐　**Extensions of credit in an involuntary case**
　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒　**Wages, salaries, and commissions**
　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐　**Contributions to employee benefit plans**
　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐　**Certain farmers and fishermen**
　　Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒　**Deposits by individuals**
　　Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒　**Taxes and Certain Other Debts Owed to Governmental Units**
　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐　**Commitments to Maintain the Capital of an Insured Depository Institution**
　　Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐　**Claims for Death or Personal Injury While Debtor Was Intoxicated**
　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment

_5_　**continuation sheets attached**

Official Form 6E (04/13) - Cont.

In re _Walter J. Knezevich Inc._ _____ ,    Case No. _6:14-bk-19962 MJ_
                **Debtor(s)**                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No<br>Creditor # : 1<br>Michael F. Slocum<br>708 S. Eleanor Street<br>Pomona CA 91766 | | Wages and/or Vacation Pay | | | | $ 15,188.10 | $ 12,475.00 | $ 2,713.10 |
| Account No. | | | | | | | | |
| Account No | | | | | | | | |
| Account No | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _5_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 15,188.10 | 12,475.00 | 2,713.10 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/13) - Cont.

In re _Walter J. Knezevich Inc._ , Case No. _6:14-bk-19962 MJ_

**Debtor(s)** (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No 3310 Creditor # : 2 McLane Food Services 2085 Midway Road Carrollton TX 75006-5063 | | 503(b)(9) and PACA Claims | | | | $ 13,711.39 | $ 13,711.39 | $ 0.00 |
| Account No. Representing: McLane Food Services | | Eric R. Goodman Baker Hostetler 1900 E 9th St.,#3200 Cleveland OH 44114-3482 | | | | | | |
| Account No. | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _2_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 13,711.39 | 13,711.39 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/13) - Cont.

In re _Walter J. Knezevich Inc._ _____ ,   Case No. _6:14-bk-19962 MJ_
                     **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No _0728_<br>Creditor # : 3<br>Board of Equalization<br>P.O. Box 942879<br>Sacramento CA 94279-8005 | | | 12/10/13<br>Taxes | | | | $269,809.84 | $269,809.84 | $ 0.00 |
| Account No: _-000_<br>Creditor # : 4<br>County of SB (prop tax BB)<br>172 W. Third Street<br>First Floor<br>San Bernardino CA 92415-0360 | | | 7/1/14<br>Property Tax<br>Big Bear - 0228-051-07-P-001<br>29 Palms - 0618-021-55-P- | | | | $ 799.46 | $ 799.46 | $ 0.00 |
| Account No.<br>Creditor # : 5<br>Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento CA 94280-0001 | | | NOTICE PURPOSES ONLY | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No<br>Creditor # : 6<br>Franchise Tax Board<br>Bankruptcy Section MS:A-340<br>P.O. Box 2952<br>Sacramento CA 95812-2952 | | | NOTICE PURPOSES ONLY | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No<br>Creditor # : 7<br>Idaho Secretary of State<br>PO Box 83720<br>Boise ID 83720-0080 | | | NOTICE PURPOSES ONLY | | | | $ 0.00 | $ 0.00 | $ 0.00 |

Sheet No. _3_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal $
(Total of this page)                              270,609.30 | 270,609.30 | 0.00

Total $
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

Total $
(Use only on last page of the completed Schedule E. if applicable, report also on the Statistical Summary of Certain Liabilities and

Official Form 6E (04/13) - Cont.

In re Walter J. Knezevich Inc. _____ ,    Case No. 6:14-bk-19962 MJ
                    **Debtor(s)**                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 8 <br> Internal Revenue Service <br> P.O. Box 7346 <br> Philadelphia PA 19101-7346 | | | NOTICE PURPOSES ONLY | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No. 5044 <br> Creditor # : 9 <br> Los Angeles County Tax <br> Collector <br> PO Box 54027 <br> Los Angeles Ca 90054 | | | 6/10/14 <br> Taxes <br> Garey Store | | | | $ 5,226.34 | $ 5,226.34 | $ 0.00 |
| Account No: -029 <br> Creditor # : 10 <br> Los Angeles County Tax <br> Collector <br> PO Box 54018 <br> Los Angeles Ca 90054-0018 | | | 12/10/13 <br> Taxes <br> Pin: 2HBG54 - Mission Store | | | | $ 13,123.89 | $ 13,123.89 | $ 0.00 |
| Account No: <br> Creditor # : 11 <br> Office of the US Trustee <br> 3685 Main Street <br> Suite 300 <br> Riverside CA 92501 | | | NOTICE PURPOSES ONLY | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: 64-7 <br> Creditor # : 12 <br> Riverside County Treasurer <br> PO Box 12005 <br> Riverside CA 92502-2205 | | | Taxes <br> Bill No. 201424113 <br> Riverside Store | | | | $ 1,997.65 | $ 1,997.65 | $ 0.00 |

Sheet No. 4 of 5 continuation sheets
attached to Schedule of Creditors Holding Priority Claims

**Subtotal $** <br> (Total of this page) | 20,347.88 | 20,347.88 | 0.00

**Total $** <br> (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

**Total $** <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

Official Form 6E (04/13) - Cont.

In re _Walter J. Knezevich Inc._____ ,   Case No. _6:14-bk-19962 MJ_
                    **Debtor(s)**                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 13 Securities Exchange Commission 5670 Wilshire Boulevard 11th Floor Los Angeles CA 90036 | | NOTICE PURPOSES ONLY | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _5_ of _5_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | | |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 319,856.67 | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | 317,143.37 | 2,713.30 |

B6F (Official Form 6F) (12/07)

In re _Walter J. Knezevich Inc._ _____ ,    Case No. _6:14-bk-19962 MJ_
_____**Debtor(s)**_____    _(If known)_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number _(See instructions above.)_ | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 1_<br>_AT&T_<br>_PO Box 920041_<br>_Dallas TX 75392-0041_ | | _6/28/14_<br>_Utilities/Telephone_ | | | | $ 549.70 |
| Account No:<br>_Creditor # : 2_<br>_Barco Uniforms_<br>_350 W. Rosecrans Avenue_<br>_Gardena CA 90248_ | | _6/30/14_<br>_Employee Uniforms_ | | | | $ 2,209.70 |
| Account No<br>_Creditor # : 3_<br>_Burrtec Waste_<br>_Payment Processing Center_<br>_PO Box 6520_<br>_Buena Park CA 90622-6520_ | | _4/30/14_<br>_Utilities_<br>_29 Palms - 47-TD166025_<br>_Garey - 02-50305_<br>_Mission - 02-90306_ | | | | $ 2,828.76 |

_15_ continuation sheets attached

Subtotal $ | $ 5,588.16

Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Walter J. Knezevich Inc._ ,                          Case No. _6:14-bk-19962 MJ_
　　　　　　　**Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. <br> Creditor # : 4 <br> Cal United Plumbing <br> 13403 Ardis Avenue <br> Bellflower CA 90706 | | 5/28/12 <br> Trade Debt | | | | $ 2,982.00 |
| Account No. <br> Creditor # : 5 <br> Cal-Care Industrial Medical <br> 502 South Garey Avenue <br> Pomona CA 91766 | | 3/5/`4 <br> Trade Debt | | | | $ 923.49 |
| Account No.   0046 <br> Creditor # : 6 <br> Cintas Corp - Garey 150-10046 <br> PO Box 29059 <br> Phoenix AZ 85038-9059 | | Trade Debt | | | | $ 455.70 |
| Account No·   0047 <br> Creditor # : 7 <br> Cintas Corp - Mission - 150-10047 <br> PO Box 29059 <br> Phoenix AZ 85038-9059 | | 9/4/13 <br> Trade Debt | | | | $ 804.77 |
| Account No.   9912 <br> Creditor # : 8 <br> Cintas Corp - Riverside 150-09912 <br> PO Box 29059 <br> Phoenix AZ 85038-9059 | | 9/3/13 <br> Trade Debt | | | | $ 852.17 |

Sheet No. __1__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 6,018.13
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Walter J. Knezevich Inc._ _____ ,         Case No. _6:14-bk-19962 MJ___
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No    2933 <br> Creditor # : 9 <br> City of Corona <br> City of Corona <br> 400 S. Vicentia Avenue <br> Corona CA 92882 | | Business License | | | | $ 55.00 |
| Account No·    9-00 <br> Creditor # : 10 <br> City of Pomona- Gar <br> 505 South Garey Ave. <br> P.O.Box 660 <br> Pomona CA 91769-0660 | | Waste/Sewer | | | | $ 417.22 |
| Account No. <br> Creditor # : 11 <br> Commercial Resources Tax Group <br> 3040 Saturn St. <br> Suite 107 <br> Brea Ca 92821 | | Consulting <br> Gary - 8365-015-043 <br> Mission - 8335-013-029 | | | | $ 1,678.50 |
| Account No:    FICE <br> Creditor # : 12 <br> CSA INC <br> 36555 BILTMORE PLACE <br> WILLOUGHBY OH 44094 | | Advertising | | | | $ 536.25 |
| Account No:    7752 <br> Creditor # : 13 <br> CTA <br> PO Box 16160 <br> Wichita KS 67216 | | 10/7/13 <br> Trade Debt | | | | $ 185.52 |

Sheet No. __2__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,872.49

(Use only on last page of the completed Schedule F Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

Total $

B6F (Official Form 6F) (12/07) - Cont.

In re _Walter J. Knezevich Inc._                                    ,      Case No. _6:14-bk-19962 MJ_
                          **Debtor(s)**                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No.** Creditor # : 14 Murry Darch (Garey Rent) 10259 Bunting Fountain Valley CA 92708-6830 | | | 6/14 Rent Arrearages | | | | $ 17,454.40 |
| **Account No:** Creditor # : 15 Dream Team Property LLC 9028 Mustang Road Rancho Cucamonga CA 91701 | | | 5/15 Rent Arrearages 18585 Van Buren Blvd. Riverside, CA 92508 | | | | $ 20,600.00 |
| **Account No.** 22-2 Creditor # : 16 Ecolab - Garey 3122-2 26252 Network Place Chicago IL 60673-1262 | | | 6/10/13 Trade Debt | | | | $ 1,001.10 |
| **Account No** 22-1 Creditor # : 17 Ecolab - Mission 3122-1 26252 Network Place Chicago IL 60673-1262 | | | 7/17/13 Trade Debt | | | | $ 729.66 |
| **Account No·** Creditor # : 18 EM Thomas Management 177 Business Center Drive Corona CA 92880 | | | Trade Debt | | | | $ 7,909.42 |

Sheet No. __3__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 47,694.58

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Walter J. Knezevich Inc._ ,             Case No. _6:14-bk-19962 MJ_
                  **Debtor(s)**                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor # : 19<br>Extreme POS Solutions<br>1920 S. Archibald Avenue<br>Ste #G<br>Ontario CA 91761 | | | 10/11/13<br>Trade Debt | | | | $ 311.00 |
| Account No<br>Creditor # : 20<br>Flue Steam Inc.<br>5734 Bankfield Ave<br>Culver City CA 90230-6302 | | | 6/24/14<br>Trade Debt<br>Gary - 542379<br>29 Palms - 536194<br>Riverside - 536813 | | | | $ 1,203.31 |
| Account No:<br>Creditor # : 21<br>Gregory G. Schick (BB LL Rent)<br>40432 Big Bear Blvd<br>PO Box 2836<br>Big Bear Lake CA 92315 | | | 7/1/14<br>Rent Arrearages<br>41819 Big Bear Blvd.<br>Big Bear Lake, CA 92315 | | | | $ 15,185.67 |
| Account No·<br>Creditor # : 22<br>Independent Pumping Co<br>7056 Archibald Ave.<br>Suite 102-277<br>Corona CA 92880 | | | 9/28/13<br>Trade Debt | | | | $ 1,001.96 |
| Account No   4103<br>Creditor # : 23<br>IPFS Corp / MOK-434103 (QUEST GL)<br>PO Box 100391<br>Pasadena Ca 91189-0391 | | | 5/14<br>Trade Debt | | | | $ 156.17 |

Sheet No. _4_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      **Subtotal $**        $ 17,858.11

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

        **Total $**

B6F (Official Form 6F) (12/07) - Cont.

In re _Walter J. Knezevich Inc._ ,                                                   Case No. _6:14-bk-19962 MJ_
              **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No    8322  **Creditor # : 24** IPFS-CAL-198322 ** (WJK BOP) PO Box 100391 Pasadena Ca 91189-0391 | | 4/14 Trade Debt | | | | $ 2,708.29 |
| Account No:    4934  **Creditor # : 25** IPFS-KSL-149534 **  (WJK GL) 24722 Network Place Chicago IL 60673-1247 | | 1/14 Trade Debt | | | | $ 208.92 |
| Account No:  **Creditor # : 26** J. Edwards Fire DBA Mister Fire 56185 29 Palms Hwy. Yucca Valley CA 92284 | | 11/25/13 Trade Debt | | | | $ 207.76 |
| Account No:  **Creditor # : 27** Joe Kriek 304 W. 7th Street Claremont CA 91711 | | 6/15/13 Loan to Debtor | | | | $ 80,000.00 |
| Account No  **Creditor # : 28** Kevin's Plumbing & Drain Cleaning Svc PO Box 692 Twentynine Palms CA 92277 | | 12/18/13 Trade Debt | | | | $ 470.00 |

Sheet No.   5  of   15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 83,594.97

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Walter J. Knezevich Inc._                                    ,          Case No. _6:14-bk-19962 MJ_
                      **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No** | | | | | | | $ 0.00 |
| Creditor # : 29 KFC PO Box 102778 Atlanta GA 30368-2778 | | | *NOTICE PURPOSES ONLY* | | | | |
| **Account No.   6072** | | | 8/1/13 | | | | $ 6,494.29 |
| Creditor # : 30 KFC / YRSG P. O. Box 203805 Dallas TX 75320-3805 | | | Advertising | | | | |
| **Account No** | | | | | | | $ 0.00 |
| Creditor # : 31 KFC Corporation 1441 Gardiner Lane Louisville KY 40213 | | | *NOTICE PURPOSES ONLY* | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 32 KFC SAFETY ASSOCIATION P.O. BOX 102778 ATLANTA GA 30368-2778 | | | *NOTICE PURPOSES ONLY* | | | | |
| **Account No   ,6,7** | | | | | | | $ 27,518.27 |
| Creditor # : 33 KFCC Franch Fee (4%) P.O. Box 203805 Dallas TX 75320-3805 | | | *Franchise Agreement* | | | | |

Sheet No. __6__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 34,012.56 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Walter J. Knezevich Inc._ ,  Case No. _6:14-bk-19962 MJ_
　　　　　　　　　 **Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.<br>**Creditor # : 34**<br>*KMS Quest Properties*<br>*1240 E. Ontario Avenue*<br>*Suite 102-217*<br>*Corona CA 92881* | | 2/14<br>*Rent Arrearages*<br>*2294 N. Garey Ave., Pomona Ca*<br>*375 E. Mission Ave., Pomona, CA* | | | | $ 48,458.42 |
| Account No·<br>**Creditor # : 35**<br>*Knezevich, Patricia M.*<br>*c/o Teresa Silva, Conservator*<br>*3727 Caribeth Drive*<br>*Encino CA 91436* | | 1/1/14<br>*Loan to Debtor* | | | X | $ 160,366.27 |
| Account No<br>Representing:<br><br>*Knezevich, Patricia M.* | | *Dykema Gossett*<br>*Attn: Jeffrey Huron*<br>*333 S. Grand Ave*<br>*Los Angeles CA 90071* | | | | |
| Account No<br>**Creditor # : 36**<br>*Knight Plumbing Service*<br>*PO Box 3251*<br>*Big Bear City CA 92314* | | 2/6/14<br>*Trade Debt* | | | | $ 3,686.46 |
| Account No·<br>**Creditor # : 37**<br>*LG Commercial Cleaning Service*<br>*14563 El Contento Ave*<br>*Fontana CA 92337* | | 2/18/14<br>*Trade Debt* | | | | $ 45.00 |

Sheet No. _7_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 212,556.15

Total $

(Use only on last page of the completed Schedule F Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Walter J. Knezevich Inc._____,    Case No. _6:14-bk-19962 MJ_
                        **Debtor(s)**                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0102<br>Creditor # : 38<br>LIG - Insurance<br>PO Box 80206<br>City of Industry CA 91716-8206 | | | 7/15/14<br>Insurance | | | | |
| Account No:<br>Creditor # : 39<br>Ludecke's Electrical Service<br>PO Box 2920<br>Big Bear City CA 92314 | | | 4/29/14<br>Trade Debt | | | | $ 262.10 |
| Account No:<br>Creditor # : 40<br>M&M Mechanical<br>PO Box 6333<br>Big Bear lake CA 92315 | | | 9/1/13<br>Trade Debt | | | | $ 105.00 |
| Account No: 8394<br>Creditor # : 41<br>Megapath<br>DEPT 0324<br>PO Box 12034<br>Dallas TX 75312-0324 | | | 5/19/14<br>Trade Debt | | | | $ 926.96 |
| Account No<br>Creditor # : 42<br>Mohammad Chaudhry<br>8236 Laurel Ridge Road<br>Riverside CA 92508 | | | 3/26/14<br>Loan to Debtor | | | | $ 100,000.00 |

Sheet No. __8__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 101,294.06

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Walter J. Knezevich Inc._ _____ ,   Case No. _6:14-bk-19962 MJ_
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>*Representing:*<br><br>*Mohammad Chaudhry* | | *Rod G. Shaddy*<br>*7426 Camarilla Avenue*<br>*Yucca Valley CA 92284* | | | | |
| Account No:<br>*Creditor # : 43*<br>*National Council and Advert.*<br>*P.O. Box 642474*<br>*Pittsburgh PA 15264-2474* | | 3/31/14<br>Trade Debt | | | | $ 47,623.90 |
| Account No:   8872<br>*Creditor # : 44*<br>*NuCo2*<br>*P.O.Box 9011*<br>*Stuart FL 34995* | | 7/14/14<br>Trade Debt | | | | $ 3,558.78 |
| Account No   S090<br>*Creditor # : 45*<br>*One System POP*<br>*PO Box 644361*<br>*Pittsburgh PA 15264-4361* | | 4/1/14<br>Trade Debt | | | | $ 4,401.57 |
| Account No·<br>*Creditor # : 46*<br>*Par Tech, Inc.*<br>*PO Box 301175*<br>*Dallas TX 75303-1175* | | 6/30/14<br>Trade Debt | | | | $ 3,192.81 |

Sheet No. _9_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 58,777.06

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Walter J. Knezevich Inc._ _____ ,     Case No. _6:14-bk-19962 MJ_
                    **Debtor(s)**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. <br> *Creditor # : 47* <br> *Parkview Outpatient Medical* <br> *9041 Magnolia Avenue* <br> *#107B* <br> *Riverside CA 92503-3900* | | 8/1/13 <br> Trade Debt | | | | $ 345.00 |
| Account No <br> *Creditor # : 48* <br> *Pepsi-Cola* <br> *Lock Box #75948* <br> *Chicago IL 60675-5948* | | 9/19/13 <br> Trade Debt | | | | $ 934.37 |
| Account No <br> *Creditor # : 49* <br> *Pop-A-Lock* <br> *231 E. Alessandro Blvd* <br> *S#A-482* <br> *Riverside CA 92508* | | 9/16/13 <br> Trade Debt | | | | $ 225.16 |
| Account No <br> *Creditor # : 50* <br> *Pride Cleaning Co.* <br> *1900 W. Burbank Blvd.* <br> *Burbank CA 91510* | | 4/14/14 <br> Trade Debt | | | | $ 1,280.00 |
| Account No <br> *Creditor # : 51* <br> *Quest Construction Services Inc.* <br> *1240 E. Ontario Avenue* <br> *Suite 102-217* <br> *Corona CA 92881* | | *Construction Services* | | | | $ 107,373.15 |

Sheet No. __10__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 110,157.68 |
| Total $ | |

(Use only on last page of the completed Schedule F  Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  *Walter J. Knezevich Inc.*                                    ,        Case No. _6:14-bk-19962 MJ_
                    **Debtor(s)**                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. <br> Creditor # : 52 <br> Restaurant Supply Chain (USPC) <br> P.O. Box 32033 <br> Louisville KY 40213 | | 4/30/14 <br> Trade Debt | | | | $ 3,046.83 |
| Account No:  1142 <br> Creditor # : 53 <br> Restaurant Technologies Inc. <br> Attn: Erik Gustaf <br> 2250 Pilot Knob Road <br> Mendota Heights MN 55120 | | 4/30/13 <br> Lease of Cooking Oil Equipment | | | | $ 22,982.64 |
| Account No: <br> Creditor # : 54 <br> Ries Refrigeration <br> 1200 Price Street <br> Ste. C <br> Pomona CA 91767 | | 11/06/13 <br> Trade Debt | | | | $ 3,069.05 |
| Account No:  9459 <br> Creditor # : 55 <br> Riverside Public Utilities ** <br> 3900 Main Street <br> Riverside CA 92522-0144 | | 5/30/14 <br> Utilities | | | | $ 3,080.32 |
| Account No: <br> Creditor # : 56 <br> Roto-Rooter Service <br> 2141 Industrial Court <br> Vista CA 92081 | | 4/04/14 <br> Trade Debt | | | | $ 17,886.41 |

Sheet No. _11_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 50,065.25
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Walter J. Knezevich Inc._ _____,    Case No. _6:14-bk-19962 MJ_
            **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. <br> _Representing:_ <br><br> _Roto-Rooter Service_ | | | _Schneiders & Assoc._ <br> _300 E. Esplanade Dr._ <br> _Suite 1980_ <br> _Oxnard CA 93036_ | | | | |
| Account No <br> _Creditor # : 57_ <br> _Shirk, Kevin & Michelle_ <br> _1240 E. Ontario Avenue_ <br> _Suite 102-217_ <br> _Corona CA 92881_ | | | _Loans to Debtor_ | | | | $ 459,535.00 |
| Account No:  _-001_ <br> _Creditor # : 58_ <br> _SoCal KFC Ad. Assoc._ <br> _PO Box 51771_ <br> _Los Angeles CA 90051-6071_ | | | 5/13/14 <br> _Advertising_ | | | | $ 13,908.10 |
| Account No. <br> _Creditor # : 59_ <br> _Southern California Edison_ <br> _P.O. Box 300_ <br> _Rosemead CA 91772-0001_ | | | 6/18/14 <br> _Utilities_ | | | | $ 64,332.76 |
| Account No: <br> _Creditor # : 60_ <br> _Southern California KFC_ <br> _Franchise Assoc_ <br> _PO Box 4518_ <br> _Culver City CA 90231_ | | | _NOTICE PURPOSES ONLY_ | | | | $ 0.00 |

Sheet No. _12_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal $    $ 537,775.86

                                                    Total $
(Use only on last page of the completed Schedule F Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Walter J. Knezevich Inc._____,    Case No. _6:14-bk-19962 MJ_
              **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | 8/6/13 | | | | $ 100.00 |
| Creditor # : 61 _Stalcup Landscape Innovations, Inc._ _PO Box 888_ _Big Bear Lake CA 92315_ | | | Trade Debt | | | | |
| **Account No:** | | | 8/24/13 | | | | $ 748.57 |
| Creditor # : 62 _Staples Advantage_ _P.O. Box 83689_ _Chicago IL 60696-3689_ | | | Office Supplies | | | | |
| **Account No:** _3-12_ | | | | | | | |
| Creditor # : 63 _State Compensation Insurance Fund_ _PO Box 7441_ _San Francisco CA 94120-7441_ | | | Insurance NOTICE PURPOSES ONLY | | | | |
| **Account No.** | | | 6/19/14 | | | | $ 1,265.00 |
| Creditor # : 64 _Steritech_ _PO Box 472127_ _Charlotte NC 28247-2127_ | | | Trade Debt | | | | |
| **Account No** | X | | 6/16/14 | | | | $ 700,000.00 |
| Creditor # : 65 _Sunwest Bank. (Mission Loan)_ _2050 Main St. #300_ _PO Box 19521_ _Irvine CA 92614_ | | | Loan | | | | |

Sheet No. _13_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 702,113.57 |
| **Total $** (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | |

B6F (Official Form 6F) (12/07) - Cont.

In re _Walter J. Knezevich Inc._____,     Case No. _6:14-bk-19962 MJ_
                                    **Debtor(s)**                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No.** *Creditor # : 66* *The Gas Company* *PO Box C* *Monterey Park CA 91756-5111* | | 7/28/14 *Utilities* | | | | $ 1,330.87 |
| **Account No:** *Creditor # : 67* *Twentynine Palms Water District* *72401 Hatch Road* *Twentynine Palms CA 92277* | | 7/25/14 *Utilities* | | | | $ 217.18 |
| **Account No:** *Creditor # : 68* *UFPC Smallware Connection* *PO Box 73184* *Cleveland OH 44193* | | 12/31/13 *Trade Debt* | | | | $ 2,970.77 |
| **Account No** *Creditor # : 69* *UMI Turn Key Marketing Service* *1081 Ohio Drive* *Suite 2* *Plano TX 75093* | | 4/1/14 *Trade Debt* | | | | $ 2,223.47 |
| **Account No:** *Creditor # : 70* *Verizon* *PO Box 920041* *Dallas TX 75392-0041* | | 6/25/14 *Utilities* | | | | $ 154.10 |

Sheet No. __14__ of ___15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 6,896.39

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Walter J. Knezevich Inc._____,    Case No. _6:14-bk-19962 MJ_
                    **Debtor(s)**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    0003<br>Creditor # : 71<br>Verizon Wireless - (Quest) - 8494<br>PO BOX 660108<br>Dallas TX 75266-0108 | | 7/10/14<br>Utilities | | | | $ 1,318.46 |
| Account No    .0-07<br>Creditor # : 72<br>Verizon Wireless (29 Palms) 0228<br>PO Box 920041<br>Dallas TX 75392-0041 | | 4/23/14<br>Utilities | | | | $ 99.87 |
| Account No.<br>Creditor # : 73<br>Vortex<br>1801 W. Olympic Blvd<br>File 1095<br>Pasadena CA 91199-1095 | | 1/27/13<br>Trade Debt | | | | $ 1,033.70 |
| Account No<br>Creditor # : 74<br>Watson-Hall Investment (29P Rent)<br>24822 Solano Court<br>Laguna Hills CA 92653 | | 6/14<br>Rent Arrearages<br>72132 Twenty Nine Palms Hwy<br>Twenty Nine Palms, CA 92277 | | | | $ 11,082.00 |
| Account No: | | | | | | |

Sheet No. _15_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 13,534.03

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related) | $ 1,990,809.05

B6G (Official Form 6G) (12/07)

In re _Walter J. Knezevich Inc._ _____ / Debtor    Case No. _6:14-bk-19962 MJ_
                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Murry Darch (Garey Rent)_<br>_10259 Bunting_<br>_Fountain Valley CA   92708-6830_ | Contract Type: _Ground Lease_<br>Terms: _6/16/90 - 6/16/20_<br>Beginning date: _6/16/1990_<br>Debtor's Interest: _Lessee_<br>Description: _2294 N. Garey Avenue_<br>_Pomona, CA 91767_<br>Buyout Option: |
| _Dream Team Property LLC_<br>_9028 Mustang Road_<br>_Rancho Cucamonga CA   91701_ | Contract Type: _Lease Agreement_<br>Terms: _1/1/13 - 12/31/18_<br>Beginning date: _1/1/2013_<br>Debtor's Interest: _Lessee_<br>Description: _18585 Van Buren Blvd._<br>_Riverside, CA 92508_<br>Buyout Option: |
| _Element (CoActiv)_<br>_PO Box 71425_<br>_Chicago IL   60694-1425_ | Contract Type: _Equipment Lease_<br>Terms: _60 months_<br>Beginning date: _2/7/2013_<br>Debtor's Interest: _Lessee_<br>Description: _Drive thru headset system_<br>Buyout Option: |
| _Gregory G. Schick (BB LL Rent)_<br><br>_40432 Big Bear Blvd_<br>_PO Box 2836_<br>_Big Bear Lake CA   92315_ | Contract Type: _Lease Agreement_<br>Terms: _11/1/09 - 10/31/19_<br>Beginning date: _11/1/2009_<br>Debtor's Interest: _Lessee_<br>Description: _41819 Big Bear Blvd_<br>_Big Bear Lake, CA 92315_<br>Buyout Option: |
| _Restaurant Technologies Inc._<br>_Attn: Erik Gustaf_<br>_2250 Pilot Knob Road_<br>_Mendota Heights MN   55120_ | Contract Type: _Lease Agreeement_<br>Terms: _7 year term; renewed one-year period  thereafter_<br>Beginning date: _5/5/2008_<br>Debtor's Interest: _Lessee_<br>Description: _Lease of cooking oil equipment_<br>Buyout Option: |

B6G (Official Form 6G) (12/07)

In re _Walter J. Knezevich Inc._____ / Debtor   Case No. _6:14-bk-19962 MJ_
                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Shirk, Kevin & Michelle_<br>_1240 E. Ontario Avenue_<br>_Suite 102-217_<br>_Corona CA  92881_ | Contract Type: _Lease Agreement_<br>Terms: _8/1/14 - 7/31/24_<br>Beginning date: _8/1/2014_<br>Debtor's Interest: _Lessee_<br>Description: _2294 N. Garey Avenue_<br>                    _Pomona, CA 91767_<br><br>Buyout Option: |
| _Shirk, Kevin & Michelle_<br>_1240 E. Ontario Avenue_<br>_Suite 102-217_<br>_Corona CA  92881_ | Contract Type: _Lease Agreement_<br>Terms: _8/1/14 - 7/31/24_<br>Beginning date: _8/1/2014_<br>Debtor's Interest: _Lessee_<br>Description: _375 E. Mission Avenue_<br>                    _Pomona, CA 91767_<br><br>Buyout Option: |
| _Watson-Hall Investment (29P Rent)_<br>_24822 Solano Court_<br>_Laguna Hills CA  92653_ | Contract Type: _Lease Agreement_<br>Terms: _11/1/91 - 6/30/16_<br>Beginning date: _11/1/1991_<br>Debtor's Interest: _Lessee_<br>Description: _72132 Twenty Nine Palms Hwy_<br>                    _Twenty Nine Palms, CA 92277_<br><br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re _Walter J. Knezevich Inc._____ / Debtor    Case No. _6:14-bk-19962 MJ__
                                                                          (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Patricia Knezevich*<br>*c/o Teresa Silva, Conservator*<br>*3727 Caribeth Drive*<br>*Encino CA  91436* | *Independence Bank*<br>*4525 MacArthur Blvd.*<br>*PO Box 9589*<br>*Newport Beach CA  92660*<br><br>*KFC Corporation*<br>*1441 Gardiner Lane*<br>*Louisville KY  40213*<br><br>*Sunwest Bank. (Mission Loan)*<br>*2050 Main St. #300*<br>*PO Box 19521*<br>*Irvine CA  92614* |
| *Michelle Shirk*<br>*1240 E. Ontario Avenue*<br>*Suite 102-217*<br>*Corona CA  92881* | *KFC Corporation*<br>*1441 Gardiner Lane*<br>*Louisville KY  40213* |
| *Kevin Shirk*<br>*1240 E. Ontario Avenue*<br>*Suite 102-217*<br>*Corona CA  92881* | *KFC Corporation*<br>*1441 Gardiner Lane*<br>*Louisville KY  40213* |

B6 Declaration (Official Form 6 - Declaration) (12/13)

In re _Walter J. Knezevich Inc., an Idaho Corporation_ ........     Case No. _6:14-bk-19962 MJ_
                              Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Richard Kevin Shirk_____, _President_____ of the _Corporation_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _34_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _8/19/2014_____             /s/ Richard Kevin Shirk
                              Signature _____
                              Name:  **Richard Kevin Shirk**
                              Title:  **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor
with a copy of this document.

Preparer:                                    Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISIION DIVISION

In re: **Walter J. Knezevich Inc.,**
**an Idaho Corporation**

Case No. **6:14-bk-19962 MJ**
(if known)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**AMOUNT**

Year to date: $2,750,118.22
2013: $4,545,844.81
2012: $2,010,521

**SOURCE**

*Operation of business*

---

**2. Income other than from employment or operation of business**

None ☒    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

B7 - (Official Form 7) (4/13)

### 3. Payments to creditors

None ☒  Complete a. or b., as appropriate, and c.

a  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

None ☐  b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*See attached Schedule*

None ☐  c  All debtors. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Kevin Shirk, President* *W2 Salary (2013)* | *1/1/13–* *12/31/13* | *124,732.70* | |
| *Kevin Shirk, President* *Shareholder Draws 2013* | *01/11/13* *01/22/13* *02/05/13* *02/11/13* *03/06/13* *03/15/13* *04/17/13* *06/24/13* | *12,500.00* *6,500.00* *5,000.00* *6,500.00* *1,000.00* *6,500.00* *4,122.37* *10,000.00* | |
| *Kevin Shirk, President* *W2 Salary (2014)* | *7/18/14* | *7,500.00* | |
| *Kevin Shirk, President* *Shareholder Draws 2014* | *02/07/14* *02/13/14* *02/24/14* *02/27/14* *03/10/14* *03/10/14* *03/20/14* *03/31/14* *03/31/14* | *6,000.00* *6,000.00* *1,000.00* *2,000.00* *2,000.00* *6,000.00* *1,500.00* *10,000.00* *10,800.00* | |

Statement of Affairs - Page 2

|  |  |  |
|---|---|---|
| | 04/04/14 | 3,500.00 |
| | 04/10/14 | 1,500.00 |
| | 04/24/14 | 1,000.00 |
| | 04/29/14 | 10,800.00 |
| | 04/29/14 | 2,500.00 |
| | 05/05/14 | 2,500.00 |
| | 05/09/14 | 2,500.00 |
| | 06/17/14 | 2,500.00 |
| | 07/03/14 | 10,800.00 |
| | 07/07/14 | 3,500.00 |
| | 08/01/14 | 7,500.00 |
| **Michelle Shirk, Secretary**<br>**W2 Salary (2013)** | 1/1/13-<br>12/31/13 | 27,0000 |
| **Michelle Shirk, Secretary**<br>**Shareholder Draws (2013)** | 01/04/13 | 1,500.00 |
| | 01/07/13 | 250.00 |
| | 03/06/13 | 1,500.00 |
| | 04/21/13 | 125.00 |
| | 09/05/13 | 1,500.00 |
| | 12/20/13 | 911.00 |
| **Michelle Shirk, Secretary**<br>**W2 Salary (2014)** | 1/1/14-<br>8/1/14 | 16,500 |
| **Michelle Shirk, Secretary**<br>**Shareholder Draws (2014)** | 04/03/14 | 1,000.00 |
| | 04/04/14 | 600.00 |
| | 06/09/14 | 1,000.00 |
| | 06/12/14 | 1,000.00 |
| **Michael Slocum, Treasurer**<br>**2013-2014 1099 Income** | 01/31/13 | 3,000.00 |
| | 03/08/13 | 1,500.00 |
| | 03/28/13 | 1,500.00 |
| | 04/26/13 | 1,500.00 |
| | 05/27/13 | 1,500.00 |
| | 07/01/13 | 2,500.00 |
| | 08/01/13 | 2,500.00 |
| | 08/29/13 | 2,612.88 |
| | 10/01/13 | 2,784.90 |
| | 10/31/13 | 2,500.00 |
| | 11/30/13 | 2,500.00 |
| | 12/30/13 | 2,500.00 |
| | 01/31/14 | 2,500.00 |
| | 02/28/14 | 2,500.00 |
| | 03/19/14 | 2,500.00 |
| | 03/31/14 | 2,500.00 |
| | 04/30/14 | 2,500.00 |
| | 05/30/14 | 2,500.00 |
| | 06/13/14 | 188.10 |
| | 06/30/14 | 2,500.00 |
| | 07/31/14 | 2,500.00 |

B7 - (Official Form 7) (4/13)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☒    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Ringstad & Sanders LLP*<br>*2030 Main Street* | *August 5, 2014*<br>*Walter J. Knezevich Inc.* | *$25,000.00* |

Statement of Affairs - Page 4

B7 - (Official Form 7) (4/13)

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Suite 1600*
*Irvine, CA 92614*

---

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls

---

**15. Prior address of debtor**

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *4047 Grant Street*<br>*Corona, CA 92879* | *Walter J. Knezevich, Inc.* | *1/2011 -*<br>*3/2013* |

Statement of Affairs - Page 5

B7 - (Official Form 7) (4/13)

## 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Walter J. Knezevich Inc. an Idaho Corporation | TaxPayer ID: 26-0592230 | 1240 E. Ontario Avenue Suite 102-356 Corona CA, 92881 | Operation of KFC restaurants. | |

Statement of Affairs - Page 6

B7 - (Official Form 7) (4/13)

| None | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C § 101 |
|------|---|
| ☒ |  |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  *8/19/2014*

Signature  /s/ Richard Kevin Shirk

*Richard Kevin Shirk          President*
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_3_ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571*

| | Type | Date | Num | Account | Billing Status | Amount |
|---|---|---|---|---|---|---|
| **BBSI  Barrett Business Services, Inc.** | | | | | | |
| | Bill Pmt -Check | 05/13/2014 | EFT | Accounts Payable | | -278 77 |
| | Bill Pmt -Check | 05/16/2014 | EFT | Accounts Payable | | -192 17 |
| | Bill Pmt -Check | 05/31/2014 | EFT | Accounts Payable | | -1,159 88 |
| | Bill Pmt -Check | 06/06/2014 | EFT | Accounts Payable | | -55,677 00 |
| | Bill Pmt -Check | 06/09/2014 | EFT | Accounts Payable | | -730 74 |
| | Bill Pmt -Check | 06/09/2014 | EFT | Accounts Payable | | -369 14 |
| | Bill Pmt -Check | 06/13/2014 | EFT | Accounts Payable | | -507 40 |
| | Bill Pmt -Check | 06/17/2014 | S15386 | Accounts Payable | | -174 14 |
| | Bill Pmt -Check | 06/20/2014 | EFT | Accounts Payable | | -56,401 22 |
| | Bill Pmt -Check | 07/03/2014 | EFT-062814 | Accounts Payable | | -56,452 15 |
| | Bill Pmt -Check | 07/03/2014 | EFT-TC | Accounts Payable | | -148 87 |
| | Bill Pmt -Check | 07/14/2014 | EFT | Accounts Payable | | -152 40 |
| | Bill Pmt -Check | 07/18/2014 | EFT | Accounts Payable | | -68,842 51 |
| | Bill Pmt -Check | 08/01/2014 | EFT | Accounts Payable | | -62,191 75 |
| Total BBSI  Barrett Business Services, Inc | | | | | | -303,278 14 |
| | | | | | | |
| **Bear Valley Electric Service** | | | | | | |
| | Bill Pmt -Check | 05/23/2014 | 1964 | Accounts Payable | | -3,563 42 |
| | Bill Pmt -Check | 07/08/2014 | 1993 | Accounts Payable | | -3,548 70 |
| | Bill Pmt -Check | 07/21/2014 | 4210 | Accounts Payable | | -3,827 37 |
| Total Bear Valley Electric Service | | | | | | -10,939 49 |
| | | | | | | |
| **Board of Equalization** | | | | | | |
| | Bill Pmt -Check | 05/09/2014 | EFT | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 05/16/2014 | EFT | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 05/23/2014 | EFT | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 06/06/2014 | EFT | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 06/13/2014 | EFT | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 06/20/2014 | EFT | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 06/24/2014 | EFT | Accounts Payable | | -16,423 56 |
| | Bill Pmt -Check | 07/04/2014 | EFT | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 07/11/2014 | EFT | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 07/18/2014 | EFT | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 07/25/2014 | EFT | Accounts Payable | | -2,000 00 |
| Total Board of Equalization | | | | | | -36,423 56 |
| | | | | | | |
| **Dream Team Property LLC** | | | | | | |
| | Bill Pmt -Check | 06/09/2014 | 1977 | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 06/20/2014 | 1986 | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 07/03/2014 | 1991 | Accounts Payable | | -2,000 00 |
| | Bill Pmt -Check | 07/17/2014 | 2003 | Accounts Payable | | -2,000 00 |
| Total Dream Team Property LLC | | | | | | -8,000 00 |
| | | | | | | |
| **Grant, Genovese & Baratta, LLP (Atty)** | | | | | | |
| | Bill Pmt -Check | 05/21/2014 | 1956 | Accounts Payable | | -10,000 00 |
| Total Grant, Genovese & Baratta, LLP (Atty) | | | | | | -10,000 00 |

**Gregory G. Schick (BB Rent) \*\***

| | | | | |
|---|---|---|---|---:|
| Bill Pmt -Check | 06/20/2014 | 1984 | Accounts Payable | -5,534 37 |
| Bill Pmt -Check | 07/21/2014 | 2005 | Accounts Payable | -5,534 37 |
| Total Gregory G  Schick (BB Rent) \*\* | | | | -11,068 74 |

**J.T. Services**

| | | | | |
|---|---|---|---|---:|
| Bill Pmt -Check | 06/02/2014 | EFT-3331 | Accounts Payable | -3,000 00 |
| Bill Pmt -Check | 06/06/2014 | 1972 | Accounts Payable | -1,732 50 |
| Bill Pmt -Check | 07/11/2014 | 1999 | Accounts Payable | -1,555 00 |
| Bill Pmt -Check | 07/25/2014 | 2008 | Accounts Payable | -2,670 00 |
| Bill Pmt -Check | 08/02/2014 | 2011 | Accounts Payable | -1,130 00 |
| Total J T  Services | | | | -10,087 50 |

**KFCC Franch Fee (4%)**

| | | | | |
|---|---|---|---|---:|
| Bill Pmt -Check | 05/05/2014 | 1946 | Accounts Payable | -14,901 72 |
| Bill Pmt -Check | 06/06/2014 | 1975 | Accounts Payable | -13,792 77 |
| Bill Pmt -Check | 07/12/2014 | 2000 | Accounts Payable | -14,814 11 |
| Total KFCC Franch Fee (4%) | | | | -43,508 60 |

**Local - (1% SoCal)**

| | | | | |
|---|---|---|---|---:|
| Bill Pmt -Check | 06/09/2014 | 1948 | Accounts Payable | -3,725 43 |
| Bill Pmt -Check | 07/12/2014 | 2001 | Accounts Payable | -3,448 19 |
| Total Local - (1% SoCal) | | | | -7,173 62 |

**McLane Food Services**

| | | | | |
|---|---|---|---|---:|
| Bill Pmt -Check | 05/06/2014 | EFT | Accounts Payable | -26,446 23 |
| Bill Pmt -Check | 05/14/2014 | EFT | Accounts Payable | -33,859 35 |
| Bill Pmt -Check | 05/20/2014 | EFT | Accounts Payable | -26,181 14 |
| Bill Pmt -Check | 05/31/2014 | EFT | Accounts Payable | -23,194 43 |
| Bill Pmt -Check | 06/09/2014 | EFT | Accounts Payable | -24,445 27 |
| Bill Pmt -Check | 06/17/2014 | EFT | Accounts Payable | -24,956 64 |
| Bill Pmt -Check | 06/23/2014 | EFT | Accounts Payable | -25,053 83 |
| Bill Pmt -Check | 07/01/2014 | EFT | Accounts Payable | -23,203 51 |
| Bill Pmt -Check | 07/07/2014 | EFT | Accounts Payable | -26,747 02 |
| Bill Pmt -Check | 07/15/2014 | EFT | Accounts Payable | -23,125 99 |
| Bill Pmt -Check | 07/21/2014 | | Accounts Payable | 0 00 |
| Bill Pmt -Check | 07/21/2014 | EFT | Accounts Payable | -26,876 68 |
| Bill Pmt -Check | 07/28/2014 | EFT | Accounts Payable | -22,463 32 |
| Bill Pmt -Check | 08/05/2014 | EFT | Accounts Payable | -24,621 24 |
| Total McLane Food Services | | | | -331,174 65 |

**NCAC 4.5%**

| | | | | |
|---|---|---|---|---:|
| Bill Pmt -Check | 06/09/2014 | 1951 | Accounts Payable | -16,764 44 |
| Bill Pmt -Check | 07/12/2014 | 1994 | Accounts Payable | -15,516 86 |
| Total NCAC 4 5% | | | | -32,281 30 |

**R. Kevin Shirk**

| | | | | |
|---|---|---|---|---:|
| Bill Pmt -Check | 06/17/2014 | 1980 | Accounts Payable | -2,500 00 |

| | Bill Pmt -Check | 07/03/2014 | 1990 | Accounts Payable | -10,800 00 |
| | Bill Pmt -Check | 08/04/2014 | 2014 | Accounts Payable | -7,500 00 |
| Total R  Kevin Shirk | | | | | -20,800 00 |
| | | | | | |
| **Ringstad & Sanders, LLP** | | | | | |
| | Bill Pmt -Check | 08/05/2014 | MO | Accounts Payable | -20,000 00 |
| | Bill Pmt -Check | 08/05/2014 | MO | Accounts Payable | -5,000 00 |
| Total Ringstad & Sanders, LLP | | | | | -25,000 00 |
| | | | | | |
| **RTI** | | | | | |
| | Bill Pmt -Check | 05/05/2014 | EFT | Accounts Payable | -2,632 03 |
| | Bill Pmt -Check | 05/19/2014 | EFT | Accounts Payable | -1,666 66 |
| | Bill Pmt -Check | 05/20/2014 | EFT | Accounts Payable | -3,479 46 |
| | Bill Pmt -Check | 06/05/2014 | EFT | Accounts Payable | -4,350 51 |
| | Bill Pmt -Check | 06/20/2014 | EFT | Accounts Payable | -2,132 70 |
| | Bill Pmt -Check | 07/07/2014 | EFT | Accounts Payable | -4,190 00 |
| | Bill Pmt -Check | 07/22/2014 | EFT | Accounts Payable | -2,597 07 |
| Total RTI | | | | | -21,048 43 |
| | | | | | |
| **Southern California Edison** | | | | | |
| | Bill Pmt -Check | 06/13/2014 | EFT | Accounts Payable | -1,755 00 |
| | Bill Pmt -Check | 06/24/2014 | EFT | Accounts Payable | -3,033 83 |
| | Bill Pmt -Check | 06/25/2014 | EFT | Accounts Payable | -2,855 26 |
| | Bill Pmt -Check | 06/25/2014 | EFT | Accounts Payable | -2,292 76 |
| | Bill Pmt -Check | 07/08/2014 | EFT | Accounts Payable | -3,939 48 |
| | Bill Pmt -Check | 07/08/2014 | EFT | Accounts Payable | -2,522 84 |
| | Bill Pmt -Check | 07/15/2014 | EFT | Accounts Payable | -1,755 00 |
| | Bill Pmt -Check | 07/21/2014 | EFT | Accounts Payable | -3,605 89 |
| | Bill Pmt -Check | 07/21/2014 | EFT | Accounts Payable | -2,885 02 |
| | Bill Pmt -Check | 07/27/2014 | EFT | Accounts Payable | -6,695 59 |
| Total Southern California Edison | | | | | -31,340 67 |
| | | | | | |
| **Sunwest Bank. (Mission Loan) \*\*** | | | | | |
| | Bill Pmt -Check | 05/05/2014 | 1950 | Accounts Payable | -4,547 75 |
| | Bill Pmt -Check | 06/11/2014 | 1978 | Accounts Payable | -4,547 75 |
| Total Sunwest Bank  (Mission Loan) \*\* | | | | | -9,095 50 |
| | | | | | |
| **Valassis Direct Mail, Inc. \*\*** | | | | | |
| | Bill Pmt -Check | 06/09/2014 | EFT | Accounts Payable | -1,921 94 |
| | Bill Pmt -Check | 06/13/2014 | EFT | Accounts Payable | -1,922 40 |
| | Bill Pmt -Check | 06/23/2014 | EFT | Accounts Payable | -1,922 51 |
| | Bill Pmt -Check | 07/11/2014 | EFT | Accounts Payable | -1,922 27 |
| Total Valassis Direct Mail, Inc  \*\* | | | | | -7,689 12 |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    N/A

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    N/A

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    N/A

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Irvine_____, California

Date: _8/19/2014_____

/s/ Richard Kevin Shirk
_____
Signature of Debtor
Walter J. Knezevich Inc.

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 1                          F 1015-2.1.STMT.RELATED.CASES

Form B203 Disclosure of Compensation of Attorney for Debtor (12/94)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISIION DIVISION

In re *Walter J. Knezevich Inc., an Idaho Corporation*          Case No. *6:14-bk-19962 MJ*
                                                                Chapter *11*

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *50,000.00*

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ _____ *25,000.00*

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *25,000.00*

2. The source of the compensation paid to me was:
   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].
      *None*

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (12/94)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

*None*

---

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_8/19/2014_
Date

_____
Signature of Attorney

_Ringstad & Sanders LLP_
Name of Law Firm